# 2010

# Bank Statements

**EXHIBIT**

**24**

USA_0089

6/13/18

NS & I Bonds
7712

USAC 0090
6/13/18

# Annual statement of interest
## Capital Bonds

**ns&i**

Ms J Boyd
48 Aylsham Road
NORTH WALSHAM
Norfolk
NR28 0SL

*PO Box 569*
*G las gow*
*GB8 1RZ*

National Savings
and Investments
Glasgow
G58 1SB

Enquiries 0500 007 007

Page 1 of 1

*Westlaw.*

*Pounds*
*1,919.45*
*17,424.26*
*93.09*
*+ 923.49*
*20,360.29*

| Investor(s) name(s) | Ms J Boyd | Year to 5 April 2011 |
|---|---|---|

*÷*
*.640 = USD*

| Customer number | 7712 | Date of issue   7 April 2011 |
|---|---|---|

| Bond Number | Capital value at 6 April 2010 (£) (or purchase price bought after that date) | | Repayments | | Capital value at 5 April 2011 (£) |
|---|---|---|---|---|---|
| | | | Date | Amount (£) | |
| 187-83 | 1,919.45 | | 26 APR 10 | 93.09 | 2,012.54 |
| 146-28 | 17,424.26 | | 28 JUL 10 | 923.49 | 18,347.75 |
| *002 .22-4.173-60* | *1,560.54* | | — | *0* | |
| Totals | 19,343.71 | | | 1,016.58 | 20,360.29 |

*+ 1,560.54*
*£ 21,920.83*

*bond # not included*
*∴ bond has matured*
*∴ no more interest*

*£ 20,904 .∂ ⅝*
*31,061.3*

*$ = 25,742.51*

*$ 34,251.3*

ORTANT NEWS OVERLEAF

**KEEP IT**

**Keep this for your tax records. If you
have a tax advisor, give them a copy.**

CB157

*601-2010 - 3/3*



003 USA_0094
6/13/18

# Annual statement of Interest
# Capital Bonds

NS&I

Ms J Boyd
Eastwood
Old Ashford Road
Lenham
MAIDSTONE
Kent
ME17 2PX

National Savings
and Investments
Glasgow
G58 1SB

Enquiries  0500 007 007

Page 1 of 1

Investor(s) name(s)      Ms J Boyd

Year to 5 April 2010

Customer number          7712

Date of issue  7 April 2010

| Bond Number | Capital value at 6 April 2009 (£) (or purchase price if bought after that date) | Gross Interest for year | | Repayments | | Capital value at 5 April 2010 (£) |
|---|---|---|---|---|---|---|
| | | Date | Amount (£) | Date | Amount (£) | |
| 73-60 | 1,485.38 | 08 APR 09 | 75.16 | | | 1,560.54 |
| 87-83 | 1,835.92 | 26 APR 09 | 83.53 | | | 1,919.45 |
| 46-28 | 16,594.53 | 28 JUL 09 | 829.73 | | | 17,424.26 |
| Totals | 19,915.83 | | 988.42 | | | 20,904.25 |

$33,935.47



PORTANT NEWS OVERLEAF



Keep this for your tax records. If you
have a tax advisor, give them a copy.

CB157

601-2010-4

0046...
USA_0092
6/13/18

Acct # 2
Investco Perpetual
1187

USA_0093 601-2010-5
6/13/18

# Your statement

**Invesco Perpetual**

**Any questions?**
Call our Investor Services Team
on 0800 085 8677

Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

| | |
|---|---|
| Page | 1 of 1 |
| Your name | Ms Jane Boyd |
| Customer number | 9708 |
| Account number | 1187 |
| Statement number | 10 |

## ICVC transaction details

6 April 2010 to 5 October 2010

| Date | Transaction | Shares | Price(p) | Initial sales charge (£) | Cash movements (£) |
|---|---|---|---|---|---|
| 17-May-10 | Sold | -2,240.50 | 311.49 | | -6,978.93 |

Invesco Perpetual Global Equity Fund Accumulation Shares

USA_0004 2010-6
6/13/18



# Invesco Perpetual

our statement

our statement

**Any questions?**
**Call our Investor Services Team**
on 0800 085 8677

 stock

Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

| Page | 1 of 1 |
|---|---|
| Your name | Ms Jane Boyd |
| Customer number | 708 |
| Account number | 1187 |
| Statement number | 10 |

## ICVC transaction details

6 April 2010 to 5 October 2010

| Date | Transaction | Shares | Price(p) | Initial sales charge (£) | Cash movements (£) |
|---|---|---|---|---|---|
| 17-May-10 | Sold | -2,240.50 | 311.49 | | -6,978.93 |
| | Invesco Perpetual Global Equity Fund Accumulation Shares | | | | |

‖‖‖‖‖ barcode ‖‖‖‖‖
1907 00596800020003

PRDUSCM01_20101014-155933.dta





**ICVC sold contract note**

Any questions?
Call our Investor Services Team
on 0800 085 8677

Agent details:
The Contract Department, Skipton Financial
Services Ltd, MIA Closed, The Bailey Po Box
101, Skipton, North Yorkshire BD23 1XT

Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

| | |
|---|---|
| Customer number | 9708 |
| Account number | 1187 |
| Deal reference | OGIEAS00250115 |
| Agent code | 1291475 |
| Alternative agent code | |
| Contract date | 17/05/2010 |
| Valuation point | 12.00 |
| Pricing basis | Forward |

## Your Invesco Perpetual contract

Thank you for your dealing instructions. This contract note provides confirmation of the deal made on your behalf. Please check that all the details contained in this contract note are correct. If you need to contact us please call our Investor Services Team on 0800 085 8677, quoting the deal reference.

### You have sold to us:

| Fund | Shares | Price (p) | Amount (£) |
|---|---|---|---|
| Invesco Perpetual Global Equity Fund Accumulation Shares (9074) | 2240.50 | 311.49 | 6,978.93 |

Shares are sold subject to the conditions set out in the Full Prospectus of the ICVC.

In accordance with your instructions, the proceeds will be sent within four business days.

### Payment as instructed will be sent to:

Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

### Registration details

These shares will be registered in the name(s) of the following individual(s). Please check registration details carefully and contact us if they are incorrect.

Account holders — Ms Jane Boyd

Registered address — 42 The Landway, Bearsted, Maidstone, Kent ME14 4BE



### Important information

Please retain this document for your records.

Please send any correspondence to us at: Perpetual Park, Perpetual Park Drive, Henley-on-Thames, Oxfordshire RG9 1HH, UK.

Invesco Perpetual is a business name of Invesco Fund Managers Limited. Authorised and regulated by the Financial Services Authority (119298). Registered address 30 Finsbury Square, London, EC2A 1AG, UK.

USA_0096




# Invesco Perpetual

## Your statement

Any questions?
Call our Investor Services Team
on 0800 085 8677

Miss Jane Boyd
Eastwood
Old Ashford Road
Lenham, Maidstone
Kent
ME17 2PX

| | |
|---|---|
| Page | 1 of 1 |
| Your name | Miss Jane Boyd |
| Customer number | 9708 |
| Account number | 1187 |
| Statement number | 9 |

## ICVC statement valuation

As at 05 April 2010

| Description | Shares | Price (p) | Value (£) |
|---|---|---|---|
| International Equity Acc Shares | 2,240.50 | 314.83 | 7,053.77 |
| Total ICVC value | | | 7,053.77 |

USA_0097
6/13/18  2010-9

**our statement**

**Invesco Perpetual**

Any questions?
**Call our Investor Services Team**
on 0800 085 8677

| | |
|---|---|
| Page | 1 of 1 |
| Your name | Miss Jane Boyd |
| Customer number | 3708 |
| Account number | 1187 |
| Statement number | 9 |

Miss Jane Boyd
Eastwood
Old Ashford Road
Lenham, Maidstone
Kent
ME17 2PX

## ICVC statement valuation

As at 05 April 2010

| Description | Shares | Price (p) | Value (£) |
|---|---|---|---|
| International Equity Acc Shares | 2,240.50 | 314.83 | 7,053.77 |
| **Total ICVC value** | | | **7,053.77** |



PRDUSCM01_20100409-212900.dta

USA_0098
6/13/18 -2010 -10

Henderson Global Investors

6613

USA_0099
6/13/18 1-2010-11

# Henderson
## GLOBAL INVESTORS

PO BOX, Chelmsford CM99 2WB

Customer Services: 0800 832 832
W: www.henderson.com

Ms Jane Boyd
Eastwood
Old Ashford Road
Lenham
Maidstone
Kent
ME17 2PX

| | |
|---|---|
| Account Number: | 6613 |
| Deal ID: | 0018254217 |
| Deal Date and Time: | 13-May-10 at 10:55 |
| Settlement Date: | 19-May-10 |

**Client Name:** Ms Jane Boyd
**Designation:**
**Product Name:** Henderson Investment Funds OEIC/Unit Trust

| Fund (Fund Type) Pricing Basis | Valuation Point | Price Type | Number of Units | Price (pence) | Dilution Levy % | Consideration |
|---|---|---|---|---|---|---|
| YOU HAVE SOLD THE FOLLOWING UNITS TO US: | | | | | | |
| Henderson Asian Dividend Income Unit Trust (Inc) (Unit Trust) | | | | | | |
| Forward | 13-May-10 at 12:00 | Quoted Bid | 1805.76 | 89.72 XD | Nil | £1,620.13 |

| | |
|---|---|
| Total Consideration: | £1,620.13 |

## IMPORTANT INFORMATION

No certificates will be issued to investors, therefore please retain this contract note as a record of your investment and for capital gains tax purposes.

Settlement will be dispatched within 4 business days from the valuation point which follows the receipt of a completed renunciation/withdrawal form signed by all holders.

We reserve the right to sell on your behalf the balance of your holding should the sale result in the balance falling below the minimum holding allowed. Please quote the Deal ID on all correspondence.

78 / 4i / V1.02 / LH / C078001198

Henderson Global Investors is authorised and regulated by the Financial Services Authority. Registered office 201 Bishopsgate, London EC2M 3AE. Incorporated and registered in England and Wales (registration number 906355). We may record phone calls for our mutual protection and to improve customer service.

USA_0100
6/13/48 1-2010-12

Acctodd Holle

Henderson Global Investors

0000722526

# Henderson
## GLOBAL INVESTORS

*[handwritten: (is tax exempt in U.K.) (Individual Savings Account)]*

Henderson Global Investors
PO BOX 223, Chelmsford CM99 2WB

Customer Services: 0800 832 832
W: www.henderson.com

*[handwritten: I have 2 Henderson New Star accounts; the one I already mailed & this one; they have different account #'s]*

Ms Jane Boyd
Eastwood
Old Ashford Road
Lenham
Maidstone Kent
ME17 2PX

| | |
|---|---|
| Account Number: | 2526 |
| Deal ID: | 0018254221 |
| Deal Date and Time: | 13-May-10 at 10:58 |
| Settlement Date: | 19-May-10 |

**Client Name:** Ms Jane Boyd
**Product Name:** Henderson Investment Funds ISA
**Account Manager:** Henderson Global Investors Ltd

| Fund (Fund Type) Pricing Basis | Valuation Point | Price Type | Number of Shares | Price (pence) | Dilution Levy % | Consideration |
|---|---|---|---|---|---|---|
| Henderson Higher Income Fund Share Class A (Inc) (OEIC) | | | | | | |
| Forward | 13-May-10 at 12:00 | Mid | 3419.09 | 35.77 | Nil | £1,223.01 |
| | | | | | Dilution Levy: | £0.00 |
| | | | | | Net Consideration: | £1,223.01 |

| | | Total Consideration: | £1,223.01 |
|---|---|---|---|

**YOU HAVE SOLD THE FOLLOWING SHARES TO US:**

**IMPORTANT INFORMATION**

Please quote the Deal ID on all correspondence.

Settlement will be dispatched within 4 business days from the valuation point listed above.

We reserve the right to sell on your behalf the balance of your holding should the sale result in the balance falling below the minimum holding allowed.

78 / 17 · 04 / LH / C078001207

Henderson Global Investors is authorised and regulated by the Financial Services Authority. Registered office 201 Bishopsgate, London EC2M 3AE. Incorporated and registered in England and Wales (registration number 906355). We may record phone calls for our mutual protection and to improve customer service.

USA_0102
6/13/18 2010-14

Acct #5

Baille Gifford

433389

USA_0103
6/13/18 1-2010-15

*BAILLIE GIFFORD*

Page 1 of 2

*Name*
Ms Jane Boyd

*Type of service*
SP/CSP

*Account number*
**3389**

**Any Questions?**

*Contact Client Relations Team*
*telephone*
0800 917 2112

*fax*
0131 275 3955

*e-mail*
*trustenquiries@bailliegifford.com*

# Account summary
## for 6 April 2010 to 19 May 2010
*The change in the value of your account.*

| | |
|---|---:|
| Previous value of Account at 5 April 2010 | **£14,868.47** |
| Income earned *eg dividends, tax reclaims and interest on your investments* | plus £164.20 |
| Cash withdrawal *money we've paid to you* | minus £14,360.43 |
| Withdrawal fees *money you paid us for cashing in part of your investment* | minus £22.00 |
| Value of Account after movement of funds | equals £650.24 |
| Change in value of investments | minus £650.24 |
| **Total value of your Account at 19 May 2010** | equals **£0.00** |

*(handwritten: filing charge for sale)*

**What we've included:**
Account statement  - Page 2
*The account we use for purchasing and selling*

Baillie Gifford Savings Management Limited. Registered Office: Calton Square, 1 Greenside Row, Edinburgh EH1 3AN. Registered in Scotland No 135526. Regulated and

USA 0104

*(handwritten: 6/13/18  2010-16)*


BAILLIE GIFFORD

Page 2 of 2

*Name*
Ms Jane Boyd

*Account number*
**3389**

# Account statement
## for 6 April 2010 to 19 May 2010

*This is the account we use for buying and selling the investments in your INVESTMENT TRUST SHARE PLAN. It also holds the cash part of this Account, and receives the dividends and interest from your investments.*

## INVESTMENT TRUST SHARE PLAN

| Transaction date | Settlement date | Details of transactions | Money out | Money in | Balance |
|---|---|---|---|---|---|
| 6 Apr 10 | | Brought forward | | | £1.50 |
| 12 Apr 10 | | Net dividend on 7,139 Scottish American Inv Tst 25p @ £0.023 | | £164.20 | £165.70 |
| 13 Apr 10 | 16 Apr 10 | Purchase of 79 Scottish American Inv Tst 25p @ £2.08 XD<br>Cost £164.32<br>Stamp duty £0.82<br>Deal time 13:26 (broker Winterflood Securities Ltd) | £165.14 | | £0.56 |
| 14 May 10 | 19 May 10 | Sale of 7,218 Scottish American Inv Tst 25p @ £1.9925<br>Proceeds £14,381.87<br>Deal time 10:57 (broker Winterflood Securities Ltd) | | £14,381.87 | £14,382.43 |
| 19 May 10 | | Withdrawal fee | £22.00 | | £14,360.43 |
| 19 May 10 | | Cash withdrawn | £14,360.43 | | £0.00 |
| 19 May 10 | | Closing balance | | | £0.00 |

**Transaction date** this is the date the transaction occurred.

**Settlement date** this is the date the transaction was finalised. This only relates to a purchase or sale.
All transactions will be dealt externally as Market Orders to obtain the best possible result.

Baillie Gifford Savings Management Limited. Registered Office: Calton Square, 1 Greenside Row, Edinburgh EH1 3AN. Registered in Scotland: No 155308. Regulated and authorised by the Financial Services Authority.

Page 1 of 2

*Name*
Ms Jane Boyd

*Account number*
**389**



# R189K/L: Consolidated Tax Certificate
for 6 April 2009 to 5 April 2010

*Retain this report for completing your Tax Return.*

**Additional Information to enable you to complete your tax return in respect of non UK company dividends and offshore funds dividends.**

Generally, dividends from non UK companies payable on or after 22 April 2009 will be taxed in the same manner as dividends from UK companies.

Dividends from most offshore funds paid on or before 21 April 2009, dividends payable from offshore funds that are non corporate vehicles and offshore funds that invest substantially in interest bearing assets (60% or more) will however be taxed on the gross amount received under the relevant tax rates and without entitlement to the notional UK tax credit of one-ninth.

Dividends from most other offshore funds payable on or after 22 April 2009, will be taxed in the same manner as dividends from UK companies.

If you require any further details of the changes made by the Finance Act 2009, please contact your tax advisor.

Securities credited in sterling including:
- UK Companies (Dividends)

**We certify that:**

- the dividends and/or interest paid on blocks of shares or stock specified on the attached Schedule(s), less tax if shown, were received by us or our nominees on behalf of sundry parties
- that part of these dividends and/or interest as specified on the attached Schedule(s), was paid or credited by us to:
  Ms Jane Boyd
  who was one of the persons for whom the investments were held at the date on which the dividends and/or interest were payable.
- the original tax certificate(s) will, when required, be lodged with H.M.Revenue & Customs.

**I declare that:**

- I was the beneficial owner(s) of the shares/securities forming the relevant holdings mentioned on the attached Schedule(s)
- I was beneficially entitled to the said dividends/interest.

**Signed by the claimant**

Date        /        /

This certificate has been approved by HM Revenue & Customs under reference BV925

- **UK Companies (Dividends)** See Schedule 1
- Tax credit **£69.06**
- Dividends paid **£621.71**



*Name*
Ms Jane Boyd

*Account number*
**3389**



*Retain this report for completing your Tax Return.*

## Schedule 1
for 6 April 2009 to 5 April 2010

Securities credited in sterling including:
* UK Companies (Dividends)

| Details of the investment | Holding | Pay date | Ex Date | Dividend rate | Tax credit | Dividend Paid |
|---|---|---|---|---|---|---|
| Scottish American Inv Tst 25p | 6,750 | 15 Apr 09 | 11 Mar 09 | £0.0225 | £16.87 | £151.88 |
| Scottish American Inv Tst 25p | 6,858 | 30 Jun 09 | 03 Jun 09 | £0.0225 | £17.14 | £154.31 |
| Scottish American Inv Tst 25p | 6,966 | 30 Sep 09 | 26 Aug 09 | £0.0225 | £17.41 | £156.74 |
| Scottish American Inv Tst 25p | 7,057 | 31 Dec 09 | 25 Nov 09 | £0.0225 | £17.64 | £158.78 |
| Total | | | | | £69.06 | £621.71 |



6/13/18 1-2010-19

**RBS**
**Trust Bank**

Investment Trust Administration Unit

B4P/STEWART IVORY CSU/LM/29832

08 April 1999

P O Box 23023
12 Blenheim Place
Edinburgh    EH7 5ZP

General Telephone: 0131 523 9700
Facsimile: 0131 523 9900

Dr C H Boyd
Eastwood,Old Ashford Road
Lenham,Maidstone
Kent
ME17 2PX

Dear Dr Boyd

**Scottish American Investment Company plc**
**Investment Trust Savings Scheme**
**Client Name - M/S Jane Boyd**
**Client Reference Number - 001911**

Thank you for investing in The Scottish American Investment Company plc.  Your cheque
for £500.00 is currently receiving our attention.

We advise that the current holding in M/s Boyd's account is 1766 shares.  The value of
these shares amounts to £3902.86.  As you have been an investing in the above scheme
since 1990 it would take a lot of research to obtain your total contributions to date.  If you
still require this information there will be a charge.

Regular Savers will receive a Consolidated Statement in May and November.  Lump sum
contributors will be issued with a Statement after the purchase has been made, and a
Consolidated Statement as above.

Should you require further assistance regarding the administration of your Savings
Scheme, please phone direct, on 0131 523 9819.

Yours sincerely

*L. McKenzie*

Lesley McKenzie
Securities Associate

*Sandra Scott*

Sandra Scott
CSU Team Manager

The Scottish American Investment Company P.L.C.

The Saints Savings Scheme

Statement of Account

Security Code
0-787-369

Dear Sir or Madam

Date as Postmark

Reference No 0045190501

We refer to your authorisation to invest the amount detailed below and are pleased to advise particulars of the investment in Ordinary Shares of the Company. The certificate for the Shares purchased will be sent to you at a later date in accordance with the Scheme conditions.

For The Royal Bank of Scotland plc M. H. Gregor, Operations Manager

| Total available for investment | Price per Share | Shares Purchased | Acquisition Date | Total Cost* | Cash Balance | Total Number of Shares Held |
|---|---|---|---|---|---|---|
| £500.00 | 1.745 | 285 | 24APR97 | £499.83 | £0.00 | 1477 |

New Purchase 9/7/98    1142
                       1427

M/S JANE BOYD

EASTWOOD, OLD ASHFORD ROAD
LENHAM, MAIDSTONE
KENT
    ME17 2PX

This statement should be retained as proof of purchase for Capital Gains Tax purposes.

All enquiries related to this purchase should be addressed to:—

The Royal Bank of Scotland plc
PO Box 456 Owen House
8 Bankhead Crossway North
Edinburgh EH11 4TN
Telephone 0131-523 6127

* Includes Stamp Duty

---

The Scottish American Investment Company P.L.C.

The Saints Savings Scheme

Statement of Account

Security Code
0-787-369

Dear Sir or Madam

Date as Postmark

Reference No 0045190501

We refer to your authorisation to invest the amount detailed below and are pleased to advise particulars of the investment in Ordinary Shares of the Company. The certificate for the Shares purchased will be sent to you at a later date in accordance with the Scheme conditions.

For The Royal Bank of Scotland plc G. D. Thomson, Manager, ITSS

| Total available for investment | Price per Share | Shares Purchased | Acquisition Date | Total Cost* | Cash Balance | Total Holding |
|---|---|---|---|---|---|---|
| £500.00 | 2.31 | 215 | 16APR98 | £499.15 | £0.00 | 1722 |

M/S JANE BOYD

EASTWOOD, OLD ASHFORD ROAD
LENHAM, MAIDSTONE
KENT
    ME17 2PX

This statement should be retained as proof of purchase for Capital Gains Tax purposes.

All enquiries related to this purchase should be addressed to:—

The Royal Bank of Scotland plc
PO Box 23026
12 Blenheim Place
Edinburgh EH7 5ZS
Telephone 0131-523 9751

* Includes Stamp Duty

USA_0109
6/13/18    2010-21



The Royal Bank

The Scottish American Investment Company plc   *Saints*

A/c   *INVESTMENT TRUST*

*Is Jane Boyd*

Date *2 February 1990*
Ref *Ext 2b124 | Savers | GG*

**The Saints Savings Scheme**

I acknowledge receipt of your application form and cheque *for £250*

A statement of the number and cost of Scottish American shares bought for you will be sent immediately after purchase. Purchasing is done on the first and third Thursday of each month.

Your share certificate will be forwarded as soon as it becomes available. The exact time is governed by the procedures and rules of The Stock Exchange and is normally within four to six weeks of purchase.

*Next purchase date , 8/2/90*

The Royal Bank of Scotland plc is registered in Scotland No 90312
Registered Office: 36 St Andrew Square Edinburgh EH2 2YB
40118   (1/87)

---

# The Scottish American Investment Company P.L.C.

## The Saints Savings Scheme
### Statement of Account

Security Code
0-787-369

Date as Postmark
Reference No 0045190501

Dear Sir or Madam

We refer to your authorisation to invest the amount detailed below and are pleased to advise particulars of the investment in Ordinary Shares of the Company. The certificate for the Shares purchased will be sent to you at a later date in accordance with the Scheme conditions.   For The Royal Bank of Scotland plc   S. A. Forbes, Relationship Manager

| Available for Investment | Price per Share | Shares Purchased | Acquisition Date | Total Cost* | Cash Balance | Total Number of Shares Held |
|---|---|---|---|---|---|---|
| £1500.00 | 1.69 | 883 | 22FEB96 | £1499.77 | £0.00 | 1142 |

M/S JANE BOYD

EASTWOOD, OLD ASHFORD ROAD
LENHAM, MAIDSTONE
KENT
    ME17 2PX

This statement should be retained as proof of purchase for Capital Gains Tax purposes.

All enquiries related to this purchase should be addressed to:-
The Royal Bank of Scotland plc
Registrar's Department
PO Box 456 Owen House
8 Bankhead Crossway North
Edinburgh EH11 4TN
Telephone 0131-523 6127

* Includes Stamp Duty

ACCT #6
Halifax

716-6

USA_0111
6/13/18 10-23

HALIFAX

Ariel House
2138 Coventry Road
Sheldon, Birmingham
B26 3JW

13/06/2012

# PASSBOOK TRANSACTION LIST

| | | |
|---|---|---|
| Covering period (from): | 01/02/2005 |
| (to): | 21/05/2012 |

Sort Code: 110139
Account No: 2144

Total Credits: £ 38,813.29
Total Debits: £ 65,154.32
Ending Balance: £ 6,299.77

| DATE | CODE | REFERENCE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 22/05/2010 | D-CIT | 0 | *Redeposit* | £ 1,000.00 | £ 30,900.53 |
| 22/05/2010 | D-CIT | 0 | *from May 21, 2010* | £ 1,000.00 | £ 31,900.53 |
| 01/06/2010 | D-CIT | 0 | *Int Penalty -* | £ 0.66 | £ 31,901.19 |
| 01/06/2010 | P-CIT | 0 | *Cash* £ 500.00 | | £ 31,401.19 |
| 01/06/2010 | P-CIT | 347035 | £ 26,400.53 *to Santander* | | £ 5,000.66 |
| 01/06/2010 | P-CIT | 0 | £ 0.66 | | £ 5,000.00 |
| 01/02/2011 | D-CIT | 0 | | £ 4.94 | £ 5,004.94 |
| 01/02/2012 | D-CAP | | | £ 4.01 | £ 5,008.95 |
| 21/05/2012 | D-SO | | | £ 1,290.82 | £ 6,299.77 |

*31,401.19 - 26,400.53*

In the event of a query please take this statement to your Branch.

USA_0112

HALIFAX

Page 1 of 2

Ariel House
2138 Coventry Road
Sheldon, Birmingham
B26 3JW

13/06/2012

# PASSBOOK TRANSACTION LIST

Covering period (from): | 01/02/2005
(to): | 21/05/2012

Sort Code: 110139
Account No: 2144

*G.R.- Guaranteed Reserve*
*cash-in-transit*

Total Credits: £ 38,813.29
Total Debits: £ 65,154.32
Ending Balance: £ 6,299.77

| DATE | CODE | REFERENCE | DEBIT | CREDIT | BALANCE |
|------|------|-----------|-------|--------|---------|
| | B/FWD | | | | £ 32,640.80 |
| 01/02/2005 | D-CIT | 0 Gross Interest from Savings book | | £ 1,141.04 | £ 33,781.84 |
| 24/06/2005 | P-CIT | 0 Cash | £ 700.00 | | £ 33,081.84 |
| 27/06/2005 | P-TFR | to Guaranteed Reserve | £ 20,000.00 | | £ 13,081.84 |
| 28/06/2005 | D-SO | 0 Interest from GR | | £ 1,275.00 | £ 14,356.84 |
| 14/07/2005 | P-CIT | 0 | £ 300.00 | | £ 14,056.84 |
| 25/07/2005 | D-CIT | 0 check | | £ 43.49 | £ 14,100.33 |
| 01/02/2006 | D-CIT | 0 Gross Interest from Savings bk | | £ 598.24 | £ 14,698.57 |
| 22/02/2006 | D-CIT | 0 check from Dad | | £ 150.00 | £ 14,848.57 |
| 01/02/2007 | D-CIT | 0 Gross interest from GR | | £ 365.46 | £ 15,214.03 |
| 01/02/2008 | D-CIT | 0 Gross interest from Save/bk | | £ 468.98 | £ 15,683.01 |
| 17/04/2008 | D-CIT | 0 Gift from Dad | | £ 750.00 | £ 16,433.01 |
| 02/02/2009 | D-CIT | 0 Gross Interest from Sav/bk | | £ 322.85 | £ 16,755.86 |
| 30/04/2009 | P-CIT | 0 | £ 200.00 | | £ 16,555.86 |
| 05/05/2009 | P-CIT | 0 | £ 100.00 | | £ 16,455.86 |
| 18/05/2009 | D-TFR | 0 Transfer from GR mature fund | | £ 1,787.25 | £ 18,243.11 |
| 18/05/2009 | P-CIT | 0 | £ 650.00 | | £ 17,593.11 |
| 19/06/2009 | D-CIT | 0 Redeposit cash | | £ 1,000.00 | £ 18,593.11 |
| 19/06/2009 | P-CIT | 0 Cash | £ 1,200.00 | | £ 17,393.11 |
| 19/06/2009 | P-CIT | 0 Check | £ 5,000.00 | | £ 12,393.11 |
| 19/06/2009 | P-CIT | 0 Correction | | £ 5,000.00 | £ 17,393.11 |
| 22/06/2009 | P-CIT | 0 Cash | £ 1,200.00 | | £ 16,193.11 |
| 22/06/2009 | P-CIT | 344990 to HSBC | £ 5,000.00 | | £ 11,193.11 |
| 01/02/2010 | D-CIT | 0 Net Interest Savings/bk | | £ 10.73 | £ 11,203.84 |
| 16/04/2010 | P-CIT | 0 Cash | £ 400.00 | | £ 10,803.84 |
| 14/05/2010 | D-CIT | 0 Penalty | | £ 0.09 | £ 10,803.93 |
| 14/05/2010 | P-CIT | 0 Cash | £ 600.00 | | £ 10,203.93 |
| 14/05/2010 | P-CIT | 346620 check | £ 902.85 | | £ 9,301.08 |
| 14/05/2010 | P-CIT | 0 Penalty | £ 0.09 | | £ 9,300.99 |
| 18/05/2010 | D-SO | 0 from G.R. Interest | | £ 1,260.18 | £ 10,561.17 |
| 21/05/2010 | D-CIT | 0 | | £ 0.19 | £ 10,561.36 |
| 21/05/2010 | P-CIT | 346727 | £ 1,000.00 | | £ 9,561.36 |
| 21/05/2010 | P-CIT | 346726 | £ 1,000.00 | | £ 8,561.36 |
| 21/05/2010 | P-CIT | 0 Int Penalty | £ 0.19 | | £ 8,561.17 |
| 22/05/2010 | D-CIT | 0 from Baillie Gifford Sale | | £ 14,360.43 | £ 22,921.60 |
| 22/05/2010 | D-CIT | 0 from Inesco Perpetual Sale | | £ 6,978.93 | £ 29,900.53 |

In the event of a query please take this statement to your Branch.

ACct #1
Halifax

6541

USA_0114
6/13/18  10 -26

Halifax

258

USA 0115
6/13/18

2010-27

Acct #9
Halifax

282

Page 1 of 1



**HALIFAX**

a little extra help

0000004
Ms Jane Boyd

Long Beach
CALIFORNIA
USA-

| | |
|---|---|
| Branch | Maidstone Week Street |
| | 53 Week Street |
| | MAIDSTONE |
| | Kent  ME14 1QT |

| | | |
|---|---|---|
| Sort Code | 11-05-10 | |
| Account No | 6282 | |
| Roll Number | D/96137648-10 | |
| IBAN | | 6282 |
| BIC | | 1046 |

## Your Account

| | |
|---|---|
| Opening Balance | £0.00 |
| Money In | £45,006.38 |
| Money Out | £0.00 |
| Closing Balance | £45,006.38 |

The above figures are applicable to this statement period.

## Your Transactions

| Date | Description | Money Out | Money In | Balance |
|---|---|---|---|---|
| 01 Feb 09 | Opening Balance | | | 0.00 |
| 18 May 09 | Opened by Transfer | | 45,006.38 | 45,006.38 |
| 18 Apr 10 | Closing Balance | 0.00 | 45,006.38 | 45,006.38 |

**Need to contact us?**

 Savings Helpline
   08457 26 36 46
   www.halifax.co.uk

### Key

| | |
|---|---|
| OVD | Overdraft |
| ATM | Cash Machine |
| DC | Debit Card |
| CHQ | Cheque |
| SO | Standing Order |
| CSH | Cash |
| | Visa Debit payWave |

INV.GD14A.P092UP.G0837V00   /GD14SMT/0000004/D/96137648-10-/S0010

Letter Reference: INVMAT

17th May 2010

**Halifax**
PO Box 548
LEEDS
LS1 1WU

002051/0160/0510
Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
KENT
ME14 4BE

Tel: 08457 263646

Roll Number:         48-10

# GUARANTEED RESERVE

## *MATURITY STATEMENT*

| | |
|---|---|
| *Amount Invested* | £45,006.38 |
| *Gross Interest Rate* | 3.500% p.a. |
| *Maturity Date* | 18th May 2010 |

*INTEREST AND TAX DETAILS*

| | |
|---|---|
| *Date Paid* | 18th May 2010 |
| *Gross Interest* | £1,575.23 |
| *Income Tax Deducted* | £315.05 |
| *Interest Paid* | £1,260.18 |
| **Total Balance on Maturity** | £45,006.38 |

*In accordance with your maturity instructions the principal has been reinvested in Guaranteed Reserve and the interest payable on maturity remitted to roll number 2/9985716- 6. You will receive a new Certificate shortly.*

*This statement provides details of your Guaranteed Reserve account which has now matured and should be retained. You may require this information for taxation purposes.*

Our reference: INVBONDI
Letter reference: INVCERT
4th June 2011



000582
Ms Jane Boyd
48 Aylsham Road
North Walsham
NORFOLK
NR28 0BL

**Halifax**
PO Box 548
Leeds
LS1 1WU

Telephone: 08457 263646

Roll number:         48-10
Sort code: 11-05-10
Account number:      6282

### Guaranteed Reserve

### CERTIFICATE OF INVESTMENT

The details of your investment are as follows:-

| | |
|---|---|
| Amount Invested | £45,888.50 |
| Interest Rate* | |
| Fixed Interest Rate | 3.50% p.a. |
| Interest Payable | Annually |
| Term | 2 Years |
| Maturity Date | 20th May 2013 |
| Instructions on Maturity | We will write to you shortly before maturity to advise you of the options available. |

Thank you for investing in Halifax Guaranteed Reserve

*Interest will be paid net of income tax (currently 20%) unless you have registered to receive it gross and have made an appropriate declaration to comply with HM Revenue & Customs Regulations.

Please note that if your account is due to mature on a non working day, it will mature on the next working day and we will pay interest up to and including that date, at the rate which applies to your account now. For example, if your account was due to mature on a Saturday it will mature on the Monday, and we will pay you interest on your account for the Saturday, Sunday and Monday.

Our reference: INVBONDM
Letter reference: INVBONDM
17th May 2011

**HALIFAX**

001670
Ms Jane Boyd
48 Aylsham Road
North Walsham
NORFOLK
NR28 0BL.

**Halifax**
PO Box 548
Leeds
LS1 1WU

Telephone: 08457 263646

Roll number:        48-10
Sort code: 11-05-10
Account number:     6282

**Guaranteed Reserve**

*MATURITY STATEMENT*

| | |
|---|---|
| *Amount Invested* | £45,006.38 |
| *Gross Interest Rate* | 2.45% p.a. |

**INTEREST AND TAX DETAILS**

| | |
|---|---|
| *Gross Interest* | £1,102.65 |
| *Income Tax Deducted* | £220.53 |
| *Amount Paid* | £882.12 |
| **Total Balance on Maturity** | **£45,888.50** |

*I did not record the deposit to the Matured Funds account on the 2011 TDF form*

Your account has matured and been transferred to a Matured Funds account. Closure is permitted without notice or loss of interest.
Interest on this account will be paid at 0.10%.AER/gross p.a.

If you have chosen to invest in another Guaranteed Reserve, you will receive your Investment Certificate within 10 working days of your new account opening.

This statement provides details of your Guaranteed Reserve which has now matured and should be retained. You may require this information for taxation purposes.

*Your interest will be paid net or gross dependent on the type of account or your personal circumstances. If interest is paid net (this means after deduction of tax, currently 20%) you may claim income tax back from HM Revenue & Customs if the amount of tax we have taken off is more than you have to pay. Interest will only be paid gross if you are registered with us as a non-taxpayer or the account is a tax free product. A separate registration is required for each account you hold. Gross is the contractual rate of interest payable before the deduction of income tax at the rate specified by law (currently 20%).

INVBONDM/N/.SD04.P402UP.G2327V00

/001670/D/9613T646-10-/S001/001-0001

USA_0120
6/13/18

Our reference: INVBONDI
Letter reference: INVCERT
19th May 2010



**Halifax**
PO Box 548
Leeds
LS1 1WU

001159
Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
KENT
ME14 4BE

Telephone: 08457 263646

Roll number:       48-10
Sort code: 11-05-10
Account number:    3282

**Guaranteed Reserve**

CERTIFICATE OF INVESTMENT

The details of your investment are as follows:-

| | |
|---|---|
| Amount Invested | £45,006.38 |
| Interest Rate* | |
| Fixed Interest Rate | 2.45% p.a. |
| | |
| Interest Payable | On Maturity |
| Term | 1 Year |
| Maturity Date | 18th May 2011 |
| Instructions on Maturity | We will write to you shortly before maturity to advise you of the options available. |

Thank you for investing in Halifax Guaranteed Reserve

*Interest will be paid net of income tax (currently 20%) unless you have registered to receive it gross and have made an appropriate declaration to comply with HM Revenue & Customs Regulations.

Please note where interest is to be paid at maturity, this could affect your tax position (i.e move you into a higher tax tier). For more information please seek independent advice.

INVBOND/INV.SDO4.P402U/P.G22ITV00

/001159/D/9/6137648-10 /5001/001of001

Letter Reference: INVMAT

17th May 2010

002051/0160/0510
Ms Jane Boyd
42 The Landway
Bearsted
Maidstone
KENT
ME14 4BE

**Halifax**
PO Box 548
LEEDS
LS1 1WU

Tel: 08457 263646

Roll Number:      i48-10

# GUARANTEED RESERVE

## *MATURITY STATEMENT*

| | |
|---|---|
| *Amount Invested* | *£45,006.38* |
| *Gross Interest Rate* | *3.500% p.a.* |
| *Maturity Date* | *18th May 2010* |

*INTEREST AND TAX DETAILS*

| | |
|---|---|
| *Date Paid* | *18th May 2010* |
| *Gross Interest* | *£1,575.23* |
| *Income Tax Deducted* | *£315.05* |
| *Interest Paid* | *£1,260.18* |
| **Total Balance on Maturity** | **£45,006.38** |

*In accordance with your maturity instructions the principal has been reinvested in Guaranteed Reserve and the interest payable on maturity remitted to roll number 2/9985716- 6. You will receive a new Certificate shortly.*

*This statement provides details of your Guaranteed Reserve account which has now matured and should be retained. You may require this information for taxation purposes.*

Page 1 of 1

# HALIFAX

a little extra help

0000004
Ms Jane Boyd

Long Beach
CALIFORNIA
USA-

| | |
|---|---|
| Branch | Maidstone Week Street |
| | 53 Week Street |
| | MAIDSTONE |
| | Kent  ME14 1QT |

| | |
|---|---|
| Sort Code | 11-05-10 |
| Account No | 6282 |
| Roll Number | 48-10 |
| IBAN | 6282 |
| BIC | 1046 |

## Your Account

| | |
|---|---|
| Opening Balance | £0.00 |
| Money In | £45,006.38 |
| Money Out | £0.00 |
| Closing Balance | £45,006.38 |

The above figures are applicable to this statement period.

## Your Transactions

| Date | Description | Money Out | Money In | Balance |
|---|---|---|---|---|
| 01 Feb 09 | Opening Balance | | | 0.00 |
| 18 May 09 | Opened by Transfer | | 45,006.38 | 45,006.38 |
| 13 Apr 10 | Closing Balance | 0.00 | 45,006.38 | 45,006.38 |

**Need to contact us?**

 Savings Helpline
08457 26 36 46

www.halifax.co.uk

**Key**

| | |
|---|---|
| OVD | Overdraft |
| ATM | Cash Machine |
| DC | Debit Card |
| CHQ | Cheque |
| SO | Standing Order |
| CSH | Cash |
| | Visa Debit payWave |

INV.GD14A.P092UP.G0937V00  /GD14SMT/0000004/D/96137648-10 /500/91

USA_0123
6/13/18

Letter Reference: INVCERT

12th April 2010

000013/0160/0510
Ms Jane Boyd

Long Beach
CALIFORNIA
USA-

**HALIFAX**

**Halifax**
53 Week Street
MAIDSTONE
Kent  ME14 1QT

Tel: 08457 263646

Roll Number:        48-10

# GUARANTEED RESERVE

## CERTIFICATE OF INVESTMENT

The details of your investment are as follows:-

| | |
|---|---|
| Amount Invested | £45,006.38 |
| Gross Interest Rate* | 3.500% p.a. |
| Interest Payable | On Maturity |
| Term | 1 Year |
| Maturity Date | 18th May 2010 |
| Instructions on Maturity | Your Instructions have been registered and will be carried out on the day of maturity. |

Thank you for investing in Halifax Guaranteed Reserve.

*Interest is paid net of lower rate income tax unless you have registered to receive it gross or have made an appropriate declaration to comply with HM Revenue & Customs Regulations.*

INVCERT /INV.SD04.P122UP_02185V00

/000013D/9f5137048-10 /    /0910/001

USA_0124
6/13/18

Our reference: INVBONDM
Letter reference: INVBONDM
17th May 2011

001670
Ms Jane Boyd
48 Aylsham Road
North Walsham
NORFOLK
NR28 0BL

**HALIFAX**

**Halifax**
PO Box 548
Leeds
LS1 1WU

Telephone: 08457 263646

Roll number:        48-10
Sort code: 11-05-10
Account number:    6282

### Guaranteed Reserve

*MATURITY STATEMENT*

| | |
|---|---|
| *Amount Invested* | *£45,006.38* |
| *Gross Interest Rate* | *2.45% p.a.* |

*INTEREST AND TAX DETAILS*

| | |
|---|---|
| *Gross Interest* | *£1,102.65* |
| *Income Tax Deducted* | *£220.53* |
| *Amount Paid* | *£882.12* |
| ***Total Balance on Maturity*** | ***£45,888.50*** |

Your account has matured and been transferred to a Matured Funds account. Closure is permitted without notice or loss of interest.
Interest on this account will be paid at 0.10%.AER/gross p.a.

If you have chosen to invest in another Guaranteed Reserve, you will receive your Investment Certificate within 10 working days of your new account opening.

This statement provides details of your Guaranteed Reserve which has now matured and should be retained. You may require this information for taxation purposes.

*Your interest will be paid net or gross dependent on the type of account or your personal circumstances. If interest is paid net (this means after deduction of tax, currently 20%) you may claim income tax back from HM Revenue & Customs if the amount of tax we have taken off is more than you have to pay. Interest will be paid gross if you are registered with us as a non-taxpayer or the account is a tax free product. A separate registration is required for each account you hold. Gross is the contractual rate of interest payable before the deduction of income tax at the rate specified by law (currently 20%).

INVBONDM/WN.SD04-P-20LIP.G2327V00

/001670/D/9813T646-10/5001001.d001

Halifax is a division of Bank of Scotland plc. Registered in Scotland No. SC327000.
Registered Office: The Mound, Edinburgh EH1 1YZ.

601-2010   -37
USA_0125
6/13/18

Our reference: INVBONDI
Letter reference: INVCERT
4th June 2011

**HALIFAX**

000582
Ms Jane Boyd
48 Aylsham Road
North Walsham
NORFOLK
NR28 0BL

**Halifax**
PO Box 548
Leeds
LS1 1WU

Telephone: 08457 263646

| | |
|---|---|
| Roll number: | 48-10 |
| Sort code: | 11-05-10 |
| Account number: | 6282 |

**Guaranteed Reserve**

CERTIFICATE OF INVESTMENT

The details of your investment are as follows:-

| | |
|---|---|
| Amount Invested | £45,888.50 |
| Interest Rate* | |
| Fixed Interest Rate | 3.50% p.a. |
| | |
| Interest Payable | Annually |
| Term | 2 Years |
| | |
| Maturity Date | 20th May 2013 |
| | |
| Instructions on Maturity | We will write to you shortly before maturity to advise you of the options available. |

Thank you for investing in Halifax Guaranteed Reserve

*Interest will be paid net of income tax (currently 20%) unless you have registered to receive it gross and have made an appropriate declaration to comply with HM Revenue & Customs Regulations.

Please note that if your account is due to mature on a non working day, it will mature on the next working day and we will pay interest up to and including that date, at the rate which applies to your account now. For example, if your account was due to mature on a Saturday it will mature on the Monday, and we will pay you interest on your account for the Saturday, Sunday and Monday.

Halifax is a division of Bank of Scotland plc. Registered in Scotland No. SC327000.
Registered Office: The Mound, Edinburgh EH1 1YZ.
Authorised and regulated by the Financial Services Authority.

601-2010 - 38
USA_0126
6/13/18

ACC+ #10
HSBC

309

# HSBC



**3106**
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

050510_359   1/  2 00026 2632 1

## Your statement

Contact tel 08457 404 404
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

### Account Summary

| | |
|---|---|
| Opening Balance | 2,516.24 |
| Payments In | 9,027.13 |
| Payments Out | 0.00 |
| Closing Balance | 11,543.37 |

## 26 June to 25 December 2010

**Account Name**
Ms Jane Boyd

**International Bank Account Number**
3099

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 3099 | 6 |

## Your Flexible Saver details

| Date | Payment type and details | Paid out | Paid in | Balance |
|---|---|---|---|---|
| 25 Jun 10 | BALANCE BROUGHT FORWARD | | | 2,516.24 |
| 08 Jul 10 | CR  CHQ. IN AT HSBC BANK PLC MAIDSTONE | | 9,024.92 | 11,541.16 |
| 25 Jul 10 | CR  NET INTEREST TO 24JUL2010 | | 0.25 | 11,541.41 |
| 25 Aug 10 | CR  NET INTEREST TO 24AUG2010 | | 0.40 | 11,541.81 |
| 25 Sep 10 | CR  NET INTEREST TO 24SEP2010 | | 0.40 | 11,542.21 |
| 25 Oct 10 | CR  NET INTEREST TO 24OCT2010 | | 0.38 | 11,542.59 |
| 25 Nov 10 | CR  NET INTEREST TO 24NOV2010 | | 0.40 | 11,542.99 |
| 25 Dec 10 | CR  NET INTEREST TO 24DEC2010 | | 0.38 | 11,543.37 |
| 25 Dec 10 | BALANCE CARRIED FORWARD | | | 11,543.37 |

Chq/Cred: SortCde: 403106 Accnt: 62397277 Amt: 9000.00GBP DR

**Sortcode/Account**        7277
**Amount** 9000.00GBP DR
**Statement Date** 08/07/2010
**Capture Date** 08/07/2010
**Serial/reference** 100030
**WorkType** Out Clearing
**Document Id number** 104060735000



USA_0129
6/13/18



**TAX VOUCHER**

| | |
|---|---|
| Distribution Number: | 33/Interim |
| Distribution Type: | Dividend |
| Fund Type: | Authorised |
| Accounting Period: | 01-Feb-10 to 30-Apr-10 |
| Payment Date: | 30-Jun-10 |
| Client Class: | Normal |
| Security Number: | 0324346 |
| Voucher Number: | CQ/EPG/118 |
| | |
| Account Number: | 6613 |

Ms Jane Boyd
Eastwood
Old Ashford Road
Lenham
Maidstone
Kent
ME17 2PX

For further information please refer to the notes on the reverse or telephone Henderson on 0800 832 832 for assistance.

**Henderson Asian Dividend Income Unit Trust (Inc)**

Registered Holder:     Ms Jane Boyd

| Total Units Held: | 1,805.76 | | Group 1 Units: | 1,787.18 | | | Group 2 Units: | 18.58 | |
|---|---|---|---|---|---|---|---|---|---|
| Distribution Type | Distribution Rate pence per unit | Amount | Tax Details Type | Rate | Net Income Distribution | | Add Equalisation For Group 2 Units | | Total Income Distribution |
| Dividend | 1.38000 | £2.75 | Tax Credit | 10.00% | £24.79 | | £0.13 | | £24.92 |
| | | | | | Total | | £0.13 | | £24.92 |

*paid into HSBC flex saver – July '10*

For The Royal Bank of Scotland plc (Trustee)

HGI41810/0310

Henderson Global Investors
Henderson Global Investors is authorised and regulated by the Financial Services Authority. Registered office 201 Bishopsgate, London EC2M 3AE. Incorporated and registered in England and Wales (registration number 906355). We may record phone calls for our mutual protection and to improve customer service.

10f-3

# HSBC

**Your statement**

contact tel 08457 404 404
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

023138_176   1/   1 00026 7444 3213 66200

## Account Summary

| | |
|---|---|
| Opening Balance | 150,007.40 |
| Payments In | 8.84 |
| Payments Out | 147,500.00 |
| Closing Balance | 2,516.24 |

**International Bank Account Number**
3099

### 17 April to 25 June 2010

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 3099 | 5 |

**Account Name**
Ms Jane Boyd

## Your Flexible Saver details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 16 Apr 10 | | BALANCE BROUGHT FORWARD | | | 150,007.40 |
| 25 Apr 10 | CR | NET INTEREST TO 24APR2010 | | 2.69 | 150,010.09 |
| 25 May 10 | CR | NET INTEREST TO 24MAY2010 | | 4.93 | 150,015.02 |
| 01 Jun 10 | TFR | 1743 FUNDS TRANSFER | 147,000.00 | | |
| | TFR | 1743 FUNDS TRANSFER | 500.00 | | 2,515.02 |
| 25 Jun 10 | CR | NET INTEREST TO 24JUN2010 | | 1.22 | 2,516.24 |
| 25 Jun 10 | | BALANCE CARRIED FORWARD | | | 2,516.24 |

*via premium to fixed rate savers* — *£3.84 interest* — *to checking*

| Credit Interest Rates | | | balance | AER variable |
|---|---|---|---|---|
| | | upto | 10,000 | 0.05 % |
| from | 10,000 | to | 50,000 | 0.05 % |
| | | over | 50,000 | 0.05 % |

| Debit Interest Rates | balance | EAR variable |
|---|---|---|
| Debit interest | | 19.90 % |



**Your statement**

contact tel 08457 60 60 60
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Mrs H Spooner
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

062333_123   1/  1 00036 3072 1184 67600

### Account Summary

| | |
|---|---|
| Opening Balance | 213,595.45 |
| Payments In | 0.00 |
| Payments Out | 156,000.00 |
| Closing Balance | 57,595.45 |

## 4 April to 3 May 2010

**International Bank Account Number**
'7277

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 7277 | 8 |

**Account Name**
Executors of Dr C H Boyd  Dec'd

## Your Business Current Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 03 Apr 10 | BALANCE BROUGHT FORWARD | | | | 213,595.45 |
| 16 Apr 10 | CHQ | 100025 ~ | 50,000.00 | → HSBC (my account) april 16, 2010 | |
| | CHQ | 100024 ~ | 50,000.00 | | 113,595.45 |
| 21 Apr 10 | CHQ | 100026 ~ | 50,000.00 | Northern Rock Deposited april 17, 2010 | 63,595.45 |
| 22 Apr 10 | CHQ | 100027 – | 6,000.00 | Santander Bank Deposited april 20, 2010 | 57,595.45 |
| 03 May 10 | BALANCE CARRIED FORWARD | | | | 57,595.45 |

| Credit Interest Rates | balance | AER variable | Debit Interest Rates | balance | EAR variable |
|---|---|---|---|---|---|
| Credit interest is not paid | | | Debit interest | | 12.15 % |



# HSBC

**Your statement**

contact tel 08457 404 404
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
42 The Landway
Bearsted
Maidstone
Kent
ME14 4BE

044977_106   1/  1 00043 8938 3596 67600

### Account Summary

| | |
|---|---|
| Opening Balance | 50,002.46 |
| Payments In | 100,004.94 |
| Payments Out | 0.00 |
| Closing Balance | 150,007.40 |

**International Bank Account Number**
3099

**26 December 2009 to 16 April 2010**

**Branch Identifier Code**
MIDLGB2108E

**Account Name**
Ms Jane Boyd

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 3099 | 4 |

## Your Flexible Saver details

| Date | Payment type and details | Paid out | Paid in | Balance |
|---|---|---|---|---|
| 25 Dec 09 | BALANCE BROUGHT FORWARD | | | 50,002.46 |
| 25 Jan 10 | CR NET INTEREST TO 24JAN2010 | | 1.70 | 50,004.16 |
| 25 Feb 10 | CR NET INTEREST TO 24FEB2010 | £4.94 | 1.70 | 50,005.86 |
| 25 Mar 10 | CR NET INTEREST TO 24MAR2010 | | 1.54 | 50,007.40 |
| 16 Apr 10 | CR PAID IN AT HSBC BANK PLC MAIDSTONE | *from Dad's Estate* → | 100,000.00 | 150,007.40 |
| 16 Apr 10 | BALANCE CARRIED FORWARD | | | 150,007.40 |

## Important information about compensation arrangements

We are covered by the Financial Services Compensation Scheme (FSCS). The FSCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme.

In respect of deposits, an eligible depositor is entitled to claim up to GBP 50,000. For joint accounts each account holder is treated as having a claim in respect of their share, so for a joint account held by two eligible depositors, the maximum amount that could be claimed would be GBP 50,000 each making a total of GBP 100,000. The GBP 50,000 limit relates to the combined amount in all the eligible depositor's accounts with the bank, including their share of any joint account, and not to each separate account. first direct and HSBC are both trading names of HSBC Bank plc and customers who hold deposits under both trading names will only be eligible for one claim of GBP 50,000 in total.

For further information about the scheme (including the amounts covered and eligibility to claim) please ask at your local branch, refer to the FSCS website www.FSCS.org.uk or call 020 7892 7300 or 0800 678

Acct # 1(
HSBC

5957

USA_0134
6/13/18 -2010 - 46



Contact tel 01226 261 010
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

2283
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

## Your Statement

### Account Summary

| | |
|---|---|
| Opening Balance | 0.00 |
| Payments In | 79,000.00 |
| Payments Out | 49,000.00 |
| Closing Balance | 30,000.00 |



079790_152   1/  6 00023 6627 2718 54100

### 1 June 2010 to 1 June 2011

**Account Name**
Ms Jane Boyd

**International Bank Account Number**
5957

**Branch Identifier Code**
MIDLGB22

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-22-83 | 5957 | 1 |

## Your Fixed Rate Saver 1 Year details

| Date | Payment type and details | Paid out | Paid in | Balance |
|---|---|---|---|---|
| 01 Jun 10 | TFR    OPENING DEPOSIT | | | |
| | 5957 | | | |
| | 2011-06-01 | | 49,000.00 | 49,000.00 |
| 01 Jun 11 | TFR    DEAL MATURITY | | | |
| | 5957 | | | |
| | 2011-06-01 | 49,000.00 | | |
| | TFR    DEAL REINVESTMENT | | | |
| | 5957 | | | |
| | 2012-06-01 | | 30,000.00 | 30,000.00 |
| 01 Jun 11 | **BALANCE CARRIED FORWARD** | | | **30,000.00** |

USA_0135
6/13



094885_152  2/  6 00017 1773 1321 00000

Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

‖|‖|‖|‖|‖||‖|‖|‖|‖|‖|‖|‖|        0000

1 June 2010

ACCOUNT NUMBER :              5957

Thank you for investing in a Fixed Rate Saver. We give below details of your deposit in accordance with your instructions. Our published terms and conditions apply to your deposit. Please keep this acknowledgement in a safe place.

Account title          : Ms Jane Boyd

Type of account        : 1 year fixed MI

Deal number            : 000001          Amount              : £49,000.00

Tax status             : Net             Gross interest
                                         rate p.a.           : 2.1800 %

                                         Net interest
                                         Rate p.a.           : 1.7440 %
                                         (with deduction of tax at the
                                         applicable rate)

Commencement date  : 1 June 2010

Repayment date     : 1 June 2011         *Total amount of    : £854.56
                                         interest at maturity(Net)

We have transferred funds from account          1743 to your Fixed Rate Saver.
* Subject to alteration in accordance with any changes in applicable tax rates, and tax status mentioned above.

Continued

USA_0136

6/13/18 2010-48

Acct #12
HSBC
584-1

USA_0137
6/13/18 010- 49



Contact tel 01226 261 010
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

## Your Statement

2283
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL



079790_152   3/   6 00023 6629 2718 54100

### Account Summary

| | |
|---|---|
| Opening Balance | 0.00 |
| Payments In | 98,000.00 |
| Payments Out | 49,000.00 |
| Closing Balance | 49,000.00 |

## 1 June 2010 to 1 June 2011

**International Bank Account Number**
5841

**Branch Identifier Code**
MIDLGB22

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-22-83 | 5841 | 1 |

**Account Name**
Ms Jane Boyd

### Your Fixed Rate Saver 1 Year details

| Date | Payment type and details | Paid out | Paid in | Balance |
|---|---|---|---|---|
| 01 Jun 10 | TFR   OPENING DEPOSIT | | | |
| | 5841 | | | |
| | 2011-06-01 | | 49,000.00 | 49,000.00 |
| 01 Jun 11 | TFR   DEAL MATURITY | | | |
| | 5841 | | | |
| | 2011-06-01 | 49,000.00 | | |
| | TFR   DEAL REINVESTMENT | | | |
| | 5841 | | | |
| | 2012-06-01 | | 49,000.00 | 49,000.00 |
| 01 Jun 11 | BALANCE CARRIED FORWARD | | | 49,000.00 |

USA_0138
6/13/18  1-2010-50



094885_152   4/ 6 00017 1775 1321 00000

Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

‖|·|·|·|·||·|·||||·||·||·|·|·||·||·|·|||·|·||·|·|    0000

1 June 2010

ACCOUNT NUMBER :          5841

Thank you for investing in a Fixed Rate Saver. We give below details of your deposit in accordance with your instructions. Our published terms and conditions apply to your deposit. Please keep this acknowledgement in a safe place.

Account title          : Ms Jane Boyd

Type of account        : 1 year fixed MI

Deal number            : 000001          Amount          : £49,000.00

Tax status             : Net             Gross interest
                                         rate p.a.       : 2.1800 %

                                         Net interest
                                         Rate p.a.       : 1.7440 %
                                         (with deduction of tax at the
                                         applicable rate)

Commencement date  : 1 June 2010

Repayment date     : 1 June 2011        *Total amount of   : £854.56
                                        interest at maturity(Net)

We have transferred funds from account          1743 to your Fixed Rate Saver.
* Subject to alteration in accordance with any changes in applicable tax rates, and tax status mentioned above.

Continued

6/13/18 2010 - 51

ACCt #13
HSBC

'593c



HSBC

Contact tel 01226 261 010
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

2283
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

## Your Statement



079790_152   5/   6 00023 6631 2718 54100

### Account Summary

| | |
|---|---|
| Opening Balance | 0.00 |
| Payments In | 98,000.00 |
| Payments Out | 49,000.00 |
| Closing Balance | 49,000.00 |

## 1 June 2010 to 1 June 2011

**International Bank Account Number**
5930

**Branch Identifier Code**
MIDLGB22

**Account Name**
Ms Jane Boyd

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-22-83 | 5930 | 1 |

### Your Fixed Rate Saver 1 Year details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 01 Jun 10 | TFR | OPENING DEPOSIT | | | |
| | | 5930 | | | |
| | | 2011-06-01 | | 49,000.00 | 49,000.00 |
| 01 Jun 11 | TFR | DEAL MATURITY | | | |
| | | 5930 | | | |
| | | 2011-06-01 | 49,000.00 | | |
| | TFR | DEAL REINVESTMENT | | | |
| | | 5930 | | | |
| | | 2012-06-01 | | 49,000.00 | 49,000.00 |
| **01 Jun 11** | | **BALANCE CARRIED FORWARD** | | | **49,000.00** |

USA_0141
6/13/18 010-53



094885_152   6/   6 00017  1777  1321 00000

Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

‖₁‖‖₁‖‖₁‖‖₁‖‖₁‖‖₁‖‖₁‖‖₁‖‖₁‖       0000

1 June 2010

ACCOUNT NUMBER :           5930

Thank you for investing in a Fixed Rate Saver. We give below details of your deposit in
accordance with your instructions. Our published terms and conditions apply to your deposit.
Please keep this acknowledgement in a safe place.

| | | | |
|---|---|---|---|
| Account title | : Ms Jane Boyd | | |
| Type of account | : 1 year fixed MI | | |
| Deal number | : 000001 | Amount | : £49,000.00 |
| Tax status | : Net | Gross interest rate p.a. | : 2.1800 % |
| | | Net interest Rate p.a. (with deduction of tax at the applicable rate) | : 1.7440 % |
| Commencement date | : 1 June 2010 | | |
| Repayment date | : 1 June 2011 | *Total amount of interest at maturity(Net) | : £854.56 |

We have transferred funds from account          1743 to your Fixed Rate Saver.
* Subject to alteration in accordance with any changes in applicable tax rates, and tax status
mentioned above:

Continued

USA_0142
6/13/18 010 - 84

Acct # 14—
Northern Rock
4249

USA_0143
6/13/18 010 - 55

Account Number/Type
...4249
BRANCH SAVER ISS 3 Y

| | Date | Cashier | Description | Invested | Withdrawn | Balance |
|---|---|---|---|---|---|---|
| 01 | 17 APR 2010 | NR 082-002 | CHEQUE... | £50,000.00 | | £50,000.00 |
| 02 | 01 AUG 2010 | NR 459-004 | INTEREST... | £268.08 | | £50,268.08 |
| 03 | 01 AUG 2010 | NR 4 | | | £53.61 | £50,214.47 |
| 04 | 20 MAY 2011 | NR 4 | | 63.26 | £152.65 | £50,977.73 |
| 05 | 20 MAY 2011 | NR 4 | | | | £50,8 |
| 06 | 20 MAY 2011 | NR 4 | | | £50,825.08 | £0.00 |
| 07 | 20 MAY 2011 | NR 4 | | | | |
| 08 | | | | | | |
| 09 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |

Westlaw.

The amount
reported
(£50,214.47)
accounts for UK
tax taxes deducted.

CLOSED

CLOSED

Account Number/Type
4249
BRANCH SAVER ISS 3 Y

F    e Use

Interest is due on

**31 JULY**

This Account is subject to the Terms and Conditions for Deposit Accounts.

Interest transferred is payable normally on the first bank working day following the above date.

The passbook must be produced for withdrawals.

The passbook should be kept in a safe place in the event of loss, Northern Rock must be notified immediately.

Please quote the account number in all correspondence.

A permanent change of address must be notified to Northern Rock.

Please check entries after they have been made in your passbook.

## northern rock

N ROCK PLC, NORTHERN ROCK HOUSE, GOSFORTH, NEWCASTLE UPON TYNE NE3 4PL.

Name and Address

MS J BOYD
42 THE LANDWAY
BEARSTED
MAIDSTONE
ME4 4BE

ID REQUIRED FOR WITHDRAWALS

CLOSED

Office of Issue

36 MARKET SQUARE
BROMLEY
KENT
BR1 1NF

CLOSED

NR 082-002          17 APR 2010

Issued by ................................ Date ................................

USA_0145
6/13/18 2010 - 57

Account Number/Type
4249
BRANCH SAVER ISS 3 Y

| | Date | Cashier | Description | Invested | Withdrawn | Balance |
|---|---|---|---|---|---|---|
| 1 | 17 APR 2010 | NR 082-002 | CHEQUE | £50,000.00 | | £50,000.00 |
| 2 | 01 AUG 2010 | NR 459-004 | INTEREST | £268.08 | | £50,268.08 |
| 3 | 01 AUG 2010 | NR 459-004 | TAX DEDUCTED | | £53.61 | £50,214.47 |
| 4 | 20 MAY 2011 | NR 459-004 | GROSS INTEREST | £763.26 | | £50,977.73 |
| 5 | 20 MAY 2011 | NR 459-004 | TAX DEDUCTED | | £152.65 | £50,825.08 |
| 6 | 20 MAY 2011 | NR 459-004 | CHEQUE | | £50,825.08 | £0.00 |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 0 | | | | | | |
| 1 | | | | | | |

CLOSED                    CLOSED

3

Chq/Cred:  SortCde:  403106  Accnt:  62397277  Amt:  50000.00GB

HSBC Bank plc / first direct

Date 31.3.11.

Customer's Name

M₅₅ J Boyd.

| | |
|---|---|
| £50 Notes | |
| £20 Notes | |
| £10 Notes | |
| £5 Notes | |
| S & 1 Notes | |
| £2 Coin | |
| £1 Coin | |
| 50p | |
| 20p | |
| Silver | |
| Bronze | |
| Total Cash | |
| Cheques, P.O.s etc | 50000 |

£ | 50000 - 00

**Sortcode/Account** 7277
**Amount** 50000.00 GBP DR
**Statement Date** 21/04/2010
**Capture Date** 20/04/2010
**Serial/reference** 100026
**WorkType** Debit In Clearing
**Document Id number** 432038949000



HSBC
15 WEEK STREET
MAIDSTONE KENT ME14 1QW
TEL 08457 404 404
www.hsbc.co.uk

40-31-06
7277

DATE 16 April 2010

PAY Jane Boyd
Fifty Thousand Pounds

£ 50,000

EXECUTORS OF DR C H BOYD DEC'D

Hele Spooner

301486

7277

from
Dad's
Estate
to
Northern
Rock

Account Number/Type

4249
BRANCH SAVER ISS 3 Y

Name and Address

MS J BOYD
42 THE LANDWAY
BEARSTED
MAIDSTONE
ME4 4BE

For Office Use

Interest is due on

31 JULY

Office of Issue

36 MARKET SQUARE
BROMLEY
KENT
BR1 1NF

REQUIRED FOR WITHDRAWALS

CLOSED

This Account is subject to the Terms and Conditions for
Deposit Accounts.
Interest transferred is payable normally on the first bank
working day following the above date.
The passbook must be produced for withdrawals.
The passbook should be kept in a safe place in the event
of loss, Northern Rock must be notified immediately.
Please quote the account number in all correspondence.
A permanent change of address must be notified to
Northern Rock.
Please check entries after they have been made in your
passbook.

CLOSED

northern rock

NORTHERN ROCK PLC, NORTHERN ROCK HOUSE, GOSFORTH, NEWCASTLE UPON TYNE NE3 4PL.

Issued by ..................   Date ..................

NR 082-002        17 APR 2010

USA_0148
6/13/18 1-2010-60

Acct #17
Santander
1566



# Savings Account

Telephone Banking, enquiries phone
**0845 609 0014**
Monday to Saturday, 8am to 9pm

Hard of hearing customers can call us by
using the text phone number below
**18001 0845 972 4724**
Monday to Saturday, 8am to 9pm.

e-banking service and information available
at www.santander.co.uk

Santander, 9 Nelson Street, Bradford, West
Yorkshire, BD1 5AN.

MS JANE BOYD
48 AYLSHAM ROAD
NORTH WALSHAM
NR28 0BL

53B2B 0450/78 0269 E 541 00

541

## Your account summary for
# 20th Apr 2010 to 5th Apr 2011

Account name   **MS JANE BOYD**
Account number: R16961566     SAVING
BIC:          LXXX    IBAN:          961 56
Statement number: 01/2011

Page number: 1 of 2

| | |
|---|---|
| Opening Balance | £6,000.00 |
| Total money in: | £35,243.67 |
| Total money out: | £0.00 |
| **Your balance at close of business 5th Apr 2011** | **£35,243.67** |

# News and information

USA_0150
6/13/18 2010 - 62

**Important Messages**

**Important Information about the arrangements for us.** We are covered by the Financial Services Compensation Scheme (FSCS). The FSCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme. In respect of deposits, an eligible depositor is entitled to claim up to £85,000. For joint accounts each account holder is treated as having a claim in respect of their share so, for a joint account held by two eligible depositors, the maximum amount that could be claimed would be £85,000 each (making a total of £170,000). The £85,000 limit relates to the **combined** amount in all the eligible depositor's accounts with the bank, including their share of any joint account, and not to each separate account. For further information about the scheme (including the amounts covered and eligibility to claim) please ask at your local branch, refer to the FSCS website www.FSCS.org.uk or call 020 7741 4100 or 0800 678 1100. Santander UK plc is an authorised deposit taker and accepts deposits under the Santander and cahoot trading names. In the unlikely event of a claim, the maximum compensation levels above would apply to the combined total of all deposits held with Santander UK plc (including cahoot).

**For Customers with an Overdraft.** If you have a problem with your agreement, please try to resolve it with us in the first instance. If you are not happy with the way in which we handled your complaint or the result, you may be able to complain to the Financial Ombudsman Service. If you do not take up your problem with us first you will not be entitled to complain to the Ombudsman. We can provide details of how to contact the Ombudsman.

**Details of rates and charges can be found in your Interest Rates and Fees Information.** If you need another copy, please call into your local branch or visit www.santander.co.uk. Interest or fees will be calculated daily on any outstanding overdrawn balance.

Santander UK plc. Registered Office: 2 Triton Square, Regent's Place, London NW1 3AN, United Kingdom. Registered Number 2294747. Registered in England. www.santander.co.uk. Telephone 0870 607 6000 calls may be recorded or monitored. Authorised and regulated by the Financial Services Authority except in respect of its consumer credit products for which Santander UK plc is licensed and regulated by the Office of Fair Trading. FSA registration number 106054.

Santander and the flame logo are registered trademarks. Santander UK plc advises on mortgages, a limited range of life assurance, pension and collective investment scheme products and acts as an insurance intermediary for general insurance.

FSC™ Mixed Sources – paper from well-managed forests and controlled sources, cert no. TT-COC-002825 – www.fsc.org.

## Your transactions 20th Apr 2010 to 5th Apr 2011

| Date | Description | Money in | Money out | £ Balance |
|------|-------------|----------|-----------|-----------|
| 20th Apr | **Opening Balance** | | | 6,000.00 |
| 20th Apr | CHEQUE PAID IN AT MAIDSTONE | 6,000.00 | | 6,000.00 |
| 1st Jun | CHEQUE PAID IN AT MAIDSTONE | 1,223.01 | | 7,223.01 |
| 1st Jun | CHEQUE PAID IN AT MAIDSTONE | 1,620.13 | | 8,843.14 |
| 1st Jun | CHEQUE PAID IN AT MAIDSTONE | 26,400.53 | | 35,243.67 |
| **5th Apr** | **Balance carried forward to next statement:** | | | 35,243.67 |

USA_0151
6/13/18
2010-63

 Santander

**Savings Account**

 Telephone Banking, enquiries phone
**0845 609 0014**
Monday to Saturday, 8am to 9pm

Hard of hearing customers can call us by
using the text phone number below
**1800 1 0845 972 4724**
Monday to Saturday, 8am to 9pm.

 e-banking service and information available
at www.santander.co.uk

MS JANE BOYD
48 AYLSHAM ROAD
NORTH WALSHAM
NR28 0BL

541

⊠ Santander, 9 Nelson Street, Bradford, West
Yorkshire, BD1 5AN.

## Your account summary for
# 20th Apr 2010 to 5th Apr 2011

Account name  **MS JANE BOYD**
Account number: R16961566    SAVING
BIC:        LXXX    IBAN:                    61 56
Statement number: 01/2011            Page number: 1 of 2

| | |
|---|---|
| Opening Balance | £6,000.00 |
| Total money in: | £35,243.67 |
| Total money out: | £0.00 |
| **Your balance at close of business 5th Apr 2011** | **£35,243.67** |

# News and information

Account nam        1S JANE BOYD
Account num.              **1566** (SAVING)
Statement number: 01/2011   Page number 2 of 2

## Important Messages

**Important information about compensation arrangements.** We are covered by the Financial Services Compensation Scheme (FSCS). The SCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme. In respect of deposits, an eligible depositor is entitled to claim up to £85,000. For joint accounts each account holder is treated as having a claim in respect of their share so, for a joint account held by two eligible depositors, the maximum amount that could be claimed would be £85,000 each (making a total of £170,000). The £85,000 limit relates to the **combined** amount in all the eligible depositor's accounts with the bank, including their share of any joint account, and not to each separate account. For further information about the scheme (including the amounts covered and eligibility to claim) please ask at your local branch, refer to the FSCS website www.FSCS.org.uk or call  020 7741 4100 or 0800 678 1100. Santander UK plc is an authorised deposit taker and accepts deposits under the Santander and cahoot trading names. In the unlikely event of a claim, the maximum compensation levels above would apply to the combined total of all deposits held with Santander UK plc (including cahoot).

**For Customers with an Overdraft.** If you have a problem with your agreement, please try to resolve it with us in the first instance. If you are not happy with the way in which we handled your complaint or the result, you may be able to complain to the Financial Ombudsman Service. If you do not take up your problem with us first you will not be entitled to complain to the Ombudsman. We can provide details of how to contact the Ombudsman.

**Details of rates and charges can be found in your Interest Rates and Fees Information.** If you need another copy, please call into your local branch or visit www.santander.co.uk. Interest or fees will be calculated daily on any outstanding overdrawn balance.

Santander UK plc, Registered Office: 2 Triton Square, Regent's Place, London NW1 3AN, United Kingdom. Registered Number 2294747. Registered in England. www.santander.co.uk. Telephone 0870 607 6000 calls may be recorded or monitored. Authorised and regulated by the Financial Services Authority except in respect of its consumer credit products for which Santander UK plc is licensed and regulated by the Office of Fair Trading. FSA registration number 106054.

Santander and the flame logo are registered trademarks. Santander UK plc advises on mortgages, a limited range of life assurance, pension and collective investment scheme products and acts as an insurance intermediary for general insurance.

FSC™ Mixed Sources — paper from well-managed forests and controlled sources, cert no. TT-COC-002825 — www.fsc.org.

## Your transactions 20th Apr 2010 to 5th Apr 2011

| Date | Description | | Money in | Money out | £ Balance |
|------|-------------|---|----------|-----------|-----------|
| 20th Apr | **Opening Balance** | | | | 6,000.00 |
| 20th Apr '10 | CHEQUE PAID IN AT MAIDSTONE | *from Dad's estate* | 6,000.00 | | 6,000.00 |
| 1st Jun '10 | CHEQUE PAID IN AT MAIDSTONE | *" MLA → Henderson* | 1,223.01 | | 7,223.01 |
| 1st Jun '10 | CHEQUE PAID IN AT MAIDSTONE | *" Target → Henderson* | 1,620.13 | | 8,843.14 |
| 1st Jun '10 | CHEQUE PAID IN AT MAIDSTONE | *from Halifax* | 26,400.53 | | 35,243.67 |
| 5th Apr | **Balance carried forward to next statement:** | | | | **35,243.67** |

USA_0153
6/13/18 1-2010-65

Chq/Cred: SortCde: 403106 Accnt: 62397277 Amt: 6000.00GBP DR

Sortcode/Account 7277
Amount 6000.00GBP DR
Statement Date 22/04/2010
Capture Date 21/04/2010
Serial/reference 100027
WorkType Debit In Clearing
Document Id number 423099537000



 *from stock*

## NatWest

60-00-01

**City of London Office**
P.O. Box 12258, 1 Princes Street, London EC2R 8PA

Date: 25.05.2010

| Cheque No. | Pay |
|---|---|
| 053144** ******* | Ms Jane Boyd ONLY********************************** **********************************A/C PAYEE ONLY********************************* **********************************NON-NEGOTIABLE********************************* |

£**1620-13*******

ONE THOUSAND SIX HUNDRED TWENTY POUNDS AND 13 PENCE ONLY*************** ******************

For and on behalf of
Henderson Investment Funds Ltd
Dealing Account

Authorised Signatory

PAYMsJaneBoyd£1,620-13pONLY*********************************** **********

"053144" 60"0001" 0684"02

to Santander

---

ipt Henderson GLOBAL INVESTORS *from stock*

## NatWest

60-00-01

**City of London Office**
P.O. Box 12258, 1 Princes Street, London EC2R 8PA

Date: 25.05.2010

| Cheque No. | Pay |
|---|---|
| 054477** ******* | Ms Jane Boyd ONLY********************************* *********************************A/C PAYEE ONLY********************************* *********************************NON-NEGOTIABLE********************************* |

£**1223-01*******

ONE THOUSAND TWO HUNDRED TWENTY-THREE POUNDS AND 01 PENCE ONLY******** ****************

For and on behalf of
Henderson Global Investors Ltd
Client Money Payments Account

Authorised Signatory

PAYMsJaneBoyd£1,223-01pONLY********************************* **********

"054477" 60"0001" 0781"02

to Santander

USA_0155
6/13/18  1-2010-67

Acct # 16
HSBC
1743

USA_0156
6/13/18 - 2010 - 68

'our Statement                                                    HSBC ❉ PREMIER

Contact tel 08457 70 70 70
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

087948_025   1/   1 00002 8864 3126 54100

### Account Summary

| | |
|---|---|
| Opening Balance | 4,535.38 |
| Payments In | 217.74 |
| Payments Out | 0.00 |
| Closing Balance | 4,753.12 |

## 26 December 2010 to 25 January 2011

**International Bank Account Number**
1743

**Account Name**
Ms Jane Boyd

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 10 |

### ...ur Premier Bank Account details

| Date | Payment type and details | Paid out | Paid in | Balance |
|---|---|---|---|---|
| 25 Dec 10 | BALANCE BROUGHT FORWARD | | | 4,535.38 |
| 01 Jan 11 | CR NET INTEREST TO 31DEC2010 FOR ACCOUNT 5930 | | 72.58 | |
| | CR NET INTEREST TO 31DEC2010 FOR ACCOUNT 5841 | | 72.58 | |
| | CR NET INTEREST TO 31DEC2010 FOR ACCOUNT 5957 | | 72.58 | 4,753.12 |
| 25 Jan 11 | BALANCE CARRIED FORWARD | | | 4,753.12 |

| Credit Interest Rates | balance | AER variable | | Debit Interest Rates | | balance | EAR variable |
|---|---|---|---|---|---|---|---|
| Credit interest | | 0.00 % | | | upto | 500 | 0.00 % |
| | | | | | over | 500 | 11.90 % |

Your Statement                                                    HSBC PREMIER

Contact tel 08457 70 70 70
see reverse for call times
Text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

050433_359    1/  2 00002 4349  1868 54100

### Account Summary

| | |
|---|---|
| Opening Balance | 4,324.66 |
| Payments In | 210.72 |
| Payments Out | 0.00 |
| Closing Balance | 4,535.38 |

**International Bank Account Number**
1743

**Branch Identifier Code**
MIDLGB2108E

## 26 November to 25 December 2010

**Account Name**
Ms Jane Boyd

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 8 |

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 25 Nov 10 | | BALANCE BROUGHT FORWARD | | | 4,324.66 |
| 01 Dec 10 | CR | NET INTEREST TO 30NOV2010 FOR ACCOUNT 5930 | | 70.24 | |
| | CR | NET INTEREST TO 30NOV2010 FOR ACCOUNT 5841 | | 70.24 | |
| | CR | NET INTEREST TO 30NOV2010 FOR ACCOUNT 5957 | | 70.24 | 4,535.38 |
| 25 Dec 10 | | BALANCE CARRIED FORWARD | | | 4,535.38 |

*(handwritten: £210.72)*

*(handwritten: £1,285.38   Total from fixed saver)*

HSBC PREMIER

Deposit Advice





contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

Machine ID: DB00C501
Date: 15/11/2010
Time: 12:19:24
Location: MAIDSTONE PAY2
Transaction Ref Number: 8476

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

013264_329  1/ 1 00002

**Account Summary**

| | |
|---|---|
| Opening Balance | 3,856.92 |
| Payments In | 467.74 |
| Payments Out | 0.00 |
| Closing Balance | 4,324.66 |

## 26 October to 25 November 2010

**International Bank Account Number**
1743

**Branch Identifier Code**
MIDLGB2108E

**Account Name**
Ms Jane Boyd

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 7 |

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 25 Oct 10 | | BALANCE BROUGHT FORWARD | | | 3,856.92 |
| 01 Nov 10 | CR | NET INTEREST TO 31OCT2010 FOR ACCOUNT 5930 | | 72.58 | |
| | CR | NET INTEREST TO 31OCT2010 FOR ACCOUNT 5841 | | 72.58 | |
| | CR | NET INTEREST TO 31OCT2010 FOR ACCOUNT 5957 | | 72.58 | 4,074.66 |
| 15 Nov 10 | CR | CHQ IN AT HSBC BANK PLC MAIDSTONE | | 250.00 | 4,324.66 |
| 25 Nov 10 | | BALANCE CARRIED FORWARD | | | 4,324.66 |

| Credit Interest Rates | balance | AER variable |
|---|---|---|
| Credit interest | | 0.00 % |

| Debit Interest Rates | | balance | EAR variable |
|---|---|---|---|
| | upto | 500 | 0.00 % |
| | over | 500 | 11.90 % |

HSBC
Deposit Advice

HSBC PREMIER

Machine ID: DB00C501
Date: 08/10/2010
Time: 12:59:50
Location: MAIDSTONE PAY2
Transaction Ref Number: 5353

contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL



071840_298  1/ 1 0000

### Account Summary

| | |
|---|---|
| Opening Balance | 1,146.20 |
| Payments In | 2,710.72 |
| Payments Out | 0.00 |
| Closing Balance | 3,856.92 |

International Bank Account Number
1743

Branch Identifier Code
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 6 |

## 26 September to 25 October 2010

**Account Name**
Ms Jane Boyd

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 25 Sep 10 | | BALANCE BROUGHT FORWARD | | | 1,146.20 |
| 01 Oct 10 | CR | NET INTEREST TO 30SEP2010 FOR ACCOUNT 5930 | | 70.24 | |
| | CR | NET INTEREST TO 30SEP2010 FOR ACCOUNT 5841 | | 70.24 | |
| | CR | NET INTEREST TO 30SEP2010 FOR ACCOUNT 5957 | | 70.24 | 1,356.92 |
| 08 Oct 10 | CR | CHQ IN AT HSBC BANK PLC MAIDSTONE | | 2,500.00 | 3,856.92 |
| 25 Oct 10 | | BALANCE CARRIED FORWARD | | | 3,856.92 |
| | | | | | 3,856.92 |

£210.72

from Dad's estate

### Credit Interest Rates

| | balance | AER variable |
|---|---|---|
| Credit interest | | 0.00 % |

### Debit Interest Rates

| | balance | EAR variable |
|---|---|---|
| upto | 500 | 0.00 % |
| over | 500 | 11.90 % |

contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3108
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

032097_268   1/  1 00002 3519 1581 66200

| Account Summary | |
| --- | --- |
| Opening Balance | 928.46 |
| Payments In | 217.74 |
| Payments Out | 0.00 |
| Closing Balance | 1,146.20 |

**International Bank Account Number**
1743

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
| --- | --- | --- |
| 40-31-06 | 1743 | 5 |

## 26 August to 25 September 2010

**Account Name**
Ms Jane Boyd

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
| --- | --- | --- | --- | --- | --- |
| 25 Aug 10 | | BALANCE BROUGHT FORWARD | | | 928.46 |
| 01 Sep 10 | CR | NET INTEREST TO 31AUG2010 FOR ACCOUNT 5930 | | 72.58 | |
| | CR | NET INTEREST TO 31AUG2010 FOR ACCOUNT 5841 | | 72.58 | |
| | CR | NET INTEREST TO 31AUG2010 FOR ACCOUNT 5957 | | 72.58 | 1,146.20 |
| 25 Sep 10 | | BALANCE CARRIED FORWARD | | | 1,146.20 |

£ 217.74

| Credit Interest Rates | balance | AER variable |
| --- | --- | --- |
| Credit interest | | 0.00 % |

| Debit Interest Rates | | balance | EAR variable |
| --- | --- | --- | --- |
| | upto | 500 | 0.00 % |
| | over | 500 | 11.90 % |

USA_0161
6/13/18
181-2010-73

# Your Statement

HSBC

HSBC

contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
wwww.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

094589_237   1/  1 00002 2768 1246 66200

## Account Summary

| | |
|---|---|
| Opening Balance | 710.72 |
| Payments In | 217.74 |
| Payments Out | 0.00 |
| Closing Balance | 928.46 |

**International Bank Account Number**
1743

**26 July to 25 August 2010**

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 4 |

**Account Name**
Ms Jane Boyd

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 25 Jul 10 | | BALANCE BROUGHT FORWARD | | | 710.72 |
| 01 Aug 10 | CR | NET INTEREST TO 31JUL2010 FOR ACCOUNT 5930 | | 72.58 | |
| | CR | NET INTEREST TO 31JUL2010 FOR ACCOUNT 5841 | | 72.58 | |
| | CR | NET INTEREST TO 31JUL2010 FOR ACCOUNT 5957 | | 72.58 | 928.46 |
| 25 Aug 10 | | BALANCE CARRIED FORWARD | | | 928.46 |

£217.74

| Credit Interest Rates | balance | AER variable |
|---|---|---|
| Credit interest | | 0.00 % |

| Debit Interest Rates | balance | EAR variable |
|---|---|---|
| upto | 500 | 0.00 % |
| over | 500 | 11.90 % |

USA_0162
6/13/18
2010-74

Your Statement
HSBC PREMIER

contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

056937_206   1/  1 00002 6690 2455 66200

## Account Summary

| | |
|---|---|
| Opening Balance | 500.00 |
| Payments In | 210.72 |
| Payments Out | 0.00 |
| Closing Balance | 710.72 |

**26 June to 25 July 2010**

**International Bank Account Number**
1743

**Branch Identifier Code**
MIDLGB2108E

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 3 |

**Account Name**
Ms Jane Boyd

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 25 Jun 10 | | BALANCE BROUGHT FORWARD | | | 500.00 |
| 01 Jul 10 | CR | NET INTEREST TO 30JUN2010 FOR ACCOUNT 5930 | | 70.24 | |
| | CR | NET INTEREST TO 30JUN2010 FOR ACCOUNT 5941 | | 70.24 | |
| | CR | NET INTEREST TO 30JUN2010 FOR ACCOUNT 5957 | | 70.24 | 710.72 |
| 25 Jul 10 | | BALANCE CARRIED FORWARD | | | 710.72 |

£210.72

| Credit Interest Rates | balance | AER variable | | Debit Interest Rates | balance | EAR variable |
|---|---|---|---|---|---|---|
| Credit interest | | 0.00 % | | upto | 500 | 0.00 % |
| | | | | over | 500 | 11.90 % |

USA_0163
6/13/18
2010-75

# Your Statement

# HSBC ✕ PREMIER

contact tel 08457 70 70 70
see reverse for call times
text phone 1800 108457 125 563
used by deaf or speech impaired customers
www.hsbc.co.uk

3106
Ms J Boyd
48 Aylsham Road
North Walsham
Norfolk
NR28 0BL

023004_176   1/  2 00002 2734 1325 66200

## Account Summary

| | |
|---|---|
| Opening Balance | 0.00 |
| Payments In | 147,500.00 |
| Payments Out | 147,000.00 |
| Closing Balance | 500.00 |

**International Bank Account Number**
1743

**Branch Identifier Code**
MIDLGB2108E

## 1 June to 25 June 2010

**Account Name**
Ms Jane Boyd

| Sortcode | Account Number | Sheet Number |
|---|---|---|
| 40-31-06 | 1743 | 1 |

## Your Premier Bank Account details

| Date | Payment type and details | | Paid out | Paid in | Balance |
|---|---|---|---|---|---|
| 01 Jun 10 | TFR | DEPOSIT BOND 5841 | | | |
| | TFR | 403106 72403099 FUNDS TRANSFER | 49,000.00 | 147,000.00 | |
| | TFR | DEPOSIT BOND 5930 | 49,000.00 | | |
| | TFR | DEPOSIT BOND 5957 | 49,000.00 | | |
| | TFR | 3099 FUNDS TRANSFER | | 500.00 | 500.00 |
| 25 Jun 10 | | BALANCE CARRIED FORWARD | | | 500.00 |

*handwritten annotations: "to Fixed Rate Saver", "from Flexible Savings", "from Flexible Savings"*

USA_0164
6/13/18
2010-76

202 – Analysis – Unreported
Foreign Income & Tax Omitted

EXHIBIT

25

USA_0165
6/13/18

## Analysis of Unreported Foreign Income and Tax Omitted

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| Taxable Income per Original Return | 38,620.00 | 54,664.00 | 50,111.00 | 55,243.00 | 30,760.00 | 22,565.00 | 44,323.00 | 38,854.00 |
| Foreign Dividends | 628.00 | 875.00 | 818.00 | 1,104.00 | 1,242.00 | 1,176.00 | 332.00 | 298.00 |
| Foreign Interest | 2,788.00 | 6,474.00 | 4,732.00 | 2,904.00 | 2,527.00 | 2,014.00 | 3,999.00 | 1,165.00 |
| **Additional Foreign Income** | **3,416.00** | **7,349.00** | **5,550.00** | **4,008.00** | **3,769.00** | **3,190.00** | **4,331.00** | **1,463.00** |
| Itemized Deductions | 324.00 | 698.00 | 528.00 | 380.00 | 283.00 | 239.00 | 325.00 | 110.00 |
| Exemptions | - | - | - | - | - | - | - | - |
| *Total Adjustments* | *3,740.00* | *8,047.00* | *6,078.00* | *4,388.00* | *4,052.00* | *3,429.00* | *4,656.00* | *1,573.00* |
| Corrected Taxable Income | 42,360.00 | 62,711.00 | 56,189.00 | 59,631.00 | 34,812.00 | 25,994.00 | 48,979.00 | 40,427.00 |
| Corrected Total Tax | 7,331 | 12,346 | 10,601 | 11,330 | 5,050 | 3,471 | 7,831 | 6,201 |
| Tax on Original Return | 6,394 | 10,334 | 9,089 | 10,230 | 4,215 | 2,961 | 6,706 | 5,884 |
| **Increase in Tax due to Foreign Income** | **937** | **2,012** | **1,512** | **1,100** | **835** | **510** | **1,125** | **317** |
| Utilization of Tax Credits | - | - | - | - | - | - | - | - |
| Total Change in Taxes | 937 | 2,012 | 1,512 | 1,100 | 835 | 510 | 1,125 | 317 |

603 – Tax Returns

EXHIBIT

**26**

USA_0167
6/13/18

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2010**

(99)   IRS Use Only — Do not write or staple in this space.

**Name, Address, and SSN**

For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20   OMB No. 1545-0074

Your first name   MI   Last name
JANE BOYD

Your social security number
6353

If a joint return, spouse's first name   MI   Last name   Spouse's social security number

See separate instructions.

Home address (number and street). If you have a P.O. box, see instructions.   Apartment no.

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
LONG BEACH, CA

Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**

► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? . . . . . . . . . . . . . . . . . ►  ☐ You  ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status**

Check only one box.

1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . . 1

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here . . . ►

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above

Add numbers on lines above. ► 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . | 8a | 106. |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . | 10 | 165. |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here . . . . . . . . ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | | b Taxable amount . . . . . . . . . . | 15b | |
| 16a | Pensions and annuities . . . . . | 16a | | b Taxable amount . . . . . . . . . . | 16b | 50,516. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . . . . . | 20a | 3,054. | b Taxable amount . . . . . . . . | 20b | 2,596. |
| 21 | Other income . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 53,383. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN . . . . ► | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 . . . . . . . . . . . . . . . . . . . . . . | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . ► | 37 | 53,383. |

POSTMARK DATE
1 0 18 2012

RECEIVED DATE
1 0 24 2012

IRS-AUSC

AUSTIN, TEXAS

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   FDIA0112L 12/22/10   Form **1040** (2010)

USA_0168
6/13/18

Form 1040 (2010)    JANE BOYD                                                    6353    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 53,383. |
| | 39a | Check if: [X] You were born before January 2, 1946, [ ] Blind. **Total boxes** [ ] Spouse was born before January 2, 1946, [ ] Blind. **checked ► 39a** | 1 | |
| | b | If your spouse itemizes on a separate return, or you were a dual-status alien, check here . . . . . **► 39b** | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 14,276. |
| | 41 | Subtract line 40 from line 38 | 41 | 39,107. |
| | 42 | **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 3,650. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 35,457. |
| | 44 | **Tax** (see instrs). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | 44 | 5,050. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 | Add lines 44 and 45 | 46 | 5,050. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other crs from Form: a [ ] 3800 b [ ] 8801 c [ ] | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | 55 | 5,050. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a [ ] 4137 b [ ] 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | [ ] Form(s) W-2, box 9 b [ ] Schedule H c [ ] Form 5405, line 16 | 59 | |
| | 60 | Add lines 55-59. This is your **total tax** | 60 | 5,050. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 7,023. |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | |
| **If you have a qualifying child, attach Schedule EIC.** | 63 | Making work pay credit. Attach Schedule M | 63 | |
| | 64a | **Earned income credit (EIC)** | 64a | |
| | b | Nontaxable combat pay election ► **64b** | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a [ ] 2439 b [ ] 8839 c [ ] 8801 d [ ] 8885 | 71 | |
| | 72 | Add lns 61-63, 64a, & 65-71. These are your total pmts | 72 | 7,023. |
| **Refund** | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | 1,973. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ► [ ] | 74a | 1,973. |
| **Direct deposit? See instructions.** | ► b | Routing number . . . . . XXXXXXXXXX ► c Type: [ ] Checking [ ] Savings | | |
| | ► d | Account number . . . . . . XXXXXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ► | 75 | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay see instructions ► | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |

| | | | |
|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] **Yes.** Complete below. [ ] **No** | | |
| | Designee's name ► MYLENE G. SNYDER, EA | Phone no. ► 562-865-0221 | Personal identification number (PIN) ► 16316 |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | RETIRED | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [X] if self-employed | PTIN P00024499 |
|---|---|---|---|---|
| MYLENE G. SNYDER, EA | MYLENE G. SNYDER, EA | | | |

Firm's name ► SNYDER TAX SERVICE
Firm's address ► 303 MARKET CT
FULLERTON, CA 92832-2478

Firm's EIN ►
Phone no. 714-738-1098

Form **1040** (2010)

FDIA0112L  12/22/10

USA_0169
6/13/18

Form **1040X**
(Rev December 2010)

Department of the Treasury — Internal Revenue Service

## Amended U.S. Individual Income Tax Return
► See separate instructions.

OMB No. 1545-0074

| This return is for calendar year | ☒ 2010 | ☐ 2009 | ☐ 2008 | ☐ 2007 |
|---|---|---|---|---|

**Other year.** Enter one: calendar year _____ **or** fiscal year (month and year ended): _____

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| JANE | | BOYD | 6353 |

| If a joint return, spouse's first name | MI | Last name | Your spouse's social security number |
|---|---|---|---|
| | | | |

| Your current home address (number and street). If you have a P.O. box, see instructions. | Apt no. | Your phone number |
|---|---|---|
| | | |

| Your city, town or post office. If you have a foreign address, see instructions. | State | ZIP code |
|---|---|---|
| LONG BEACH, CA | | |

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
**Caution.** You cannot change your filing status from joint to separate returns after the due date.

☒ Single
☐ Married filing jointly
☐ Married filing separately
☐ Qualifying widow(er)
☐ Head of household (If the qualifying person is a child but not your dependent, see instructions.)

Use Part III on page 2 to explain any changes

| | | | A Original amount or as previously adjusted (see instructions) | B Net change — amount of increase or (decrease) — explain in Part III | C Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income (see instructions). If net operating loss (NOL) carryback is included, check here ► ☐ | 1 | 53,383. | 9,866. | 63,249. |
| 2 | Itemized deductions or standard deduction (see instructions) | 2 | 14,276. | 1,000. | 15,276. |
| 3 | Subtract line 2 from line 1 | 3 | 39,107. | 8,866. | 47,973. |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** (see instructions) | 4 | 3,650. | | 3,650. |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | 35,457. | 8,866. | 44,323. |
| **Tax Liability** | | | | | |
| 6 | Tax (see instructions). Enter method used to figure tax: QDCGTW | 6 | 5,050. | 1,656. | 6,706. |
| 7 | Credits (see instructions). If general business credit carryback is included, check here ► ☐ | 7 | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 5,050. | 1,656. | 6,706. |
| 9 | Other taxes (see instructions) | 9 | | | |
| 10 | Total tax. Add lines 8 and 9 | 10 | 5,050. | 1,656. | 6,706. |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing,** see instructions) | 11 | 7,023. | | 7,023. |
| 12 | Estimated tax payments, including amount applied from prior year's return (see instructions) | 12 | | | |
| 13 | Earned income credit (EIC) (see instructions) | 13 | | | |
| 14 | Refundable credits from ☐ Schedule M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | 14 | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed (see instructions) | 15 | | | |
| 16 | Total payments. Add lines 11 through 15 | 16 | | | 7,023. |
| **Refund or Amount You Owe** (Note. Allow 8-12 weeks to process Form 1040X.) | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS (see instructions) | 17 | | | 1,973. |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | 18 | | | 5,050. |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference (see instructions) | 19 | | | 1,656. |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | 20 | | | |
| 21 | Amount of line 20 you want **refunded to you** | 21 | | | |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ estimated tax | 22 | | | |

Complete and sign this form on Page 2.

BAA For Paperwork Reduction Act Notice, see instructions.

Form 1040X (Rev 12-2010)

POSTMARK DATE _____
RECEIVED DATE _____

767
1 0 18 2012
1 0 24 2012
IRS-AUSC

AUSTIN, TEXAS

**EXHIBIT 27**

USA_0170
6/13/18

1040X (Rev 12-2010)  JANE BOYD _____  5353    Page **2**

| | Exemptions |

Complete this part **only** if you are:
● Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
● Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2008 or 2009.

See *Form 1040 or Form 1040A instructions and Form 1040X instructions.*

| | | | **A** Original number of exemptions or amount reported or as previously adjusted | **B** Net change | **C** Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** *If someone can claim you as a dependent, you cannot claim an exemption for yourself* | 23 | | | |
| 24 | Your dependent children who lived with you | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending (see instructions) | 28 | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 2 for 2008, or line 6 for 2009 | 29 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 | | | |

31   List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| **(a)** First name      Last name | **(b)** Dependent's social security number | **(c)** Dependent's relationship to you | **(d)** Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| **Part II** | **Presidential Election Campaign Fund** |

Checking below will not increase your tax or reduce your refund.
☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund but now does.

| **Part III** | **Explanation of changes.** In the space provided below, tell us why you are filing Form 1040X. |

▶ Attach any supporting documents and new or changed forms and schedules.

Amending tax return to include additional interest income, foreign tax paid and capital gains from sale of investment.

**Sign Here**
**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

| ▶ | | | ▶ | | |
|---|---|---|---|---|---|
| Your signature | | Date | Spouse's signature. If a joint return, **both** must sign | | Date |

**Paid Preparer Use Only**

| ▶ MYLENE G. SNYDER, EA | | | SNYDER TAX SERVICE |
|---|---|---|---|
| Preparer's signature | | Date | Firm's name (or yours if self-employed) |
| MYLENE G. SNYDER, EA | | | 303 MARKET CT |
| Print/type preparer's name | | | FULLERTON, CA 92832-2478 |
| P00024499 | ☒ Check if self-employed | | Firm's address, and ZIP code |
| PTIN | | | 714-738-1098 |
| | | | Phone number            EIN |

For forms and publications, visit IRS.gov.                                Form **1040X** (Rev 12-2010)

FDIA1812L  02/16/11

USA_0171
6/13/18

Form **1040X**
(Rev December 2010)

Department of the Treasury — Internal Revenue Service
## Amended U.S. Individual Income Tax Return
► See separate instructions.

OMB No. 1545-0074

| This return is for calendar year | X 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|

**Other year.** Enter one: calendar year _____ **or** fiscal year (month and year ended): _____

| Your first name | MI | Last name | | Your social security number |
|---|---|---|---|---|
| JANE | | BOYD | | 6353 |

| If a joint return, spouse's first name | MI | Last name | | Your spouse's social security number |
|---|---|---|---|---|
| | | | | |

| Your current home address (number and street). If you have a P.O. box, see instructions. | Apt no. | Your phone number |
|---|---|---|
| | | |

| Your city, town or post office. If you have a foreign address, see instructions. | State | ZIP code |
|---|---|---|
| LONG BEACH, CA | | |

**Amended return filing status.** You **must** check one box even if you are not changing your filing status.
*Caution.* You cannot change your filing status from joint to separate returns after the due date.

| X Single | Married filing jointly | Married filing separately |
|---|---|---|
| Qualifying widow(er) | Head of household (If the qualifying person is a child but not your dependent, see instructions.) | |

Use Part III on page 2 to explain any changes

| | | | **A** Original amount or as previously adjusted (see instructions) | **B** Net change — amount of increase or (decrease) — explain in Part III | **C** Correct amount |
|---|---|---|---|---|---|
| **Income and Deductions** | | | | | |
| 1 | Adjusted gross income (see instructions). If net operating loss (NOL) carryback is included, check here............................. ► | 1 | 63,249. | 4,331. | 67,580. |
| 2 | Itemized deductions or standard deduction (see instructions)............. | 2 | 15,276. | -325. | 14,951. |
| 3 | Subtract line 2 from line 1........................................ | 3 | 47,973. | 4,656. | 52,629. |
| 4 | Exemptions. **If changing, complete Part I on page 2 and enter the amount from line 30** (see instructions)................................. | 4 | 3,650. | | 3,650. |
| 5 | Taxable income. Subtract line 4 from line 3 ........................... | 5 | 44,323. | 4,656. | 48,979. |
| **Tax Liability** | | | | | |
| 6 | Tax (see instructions). Enter method used to figure tax: <br> QDCGTW | 6 | 6,706. | 901. | 7,607. |
| 7 | Credits (see instructions). If general business credit carryback is included, check here........................................ ► | 7 | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0-........... | 8 | 6,706. | 901. | 7,607. |
| 9 | Other taxes (see instructions) ..................................... | 9 | | | |
| 10 | Total tax. Add lines 8 and 9....................................... | 10 | 6,706. | 901. | 7,607. |
| **Payments** | | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (**if changing,** see instructions)........................... | 11 | 7,023. | | 7,023. |
| 12 | Estimated tax payments, including amount applied from prior year's return (see instructions) .................................. | 12 | | | |
| 13 | Earned income credit (EIC) (see instructions) ......................... | 13 | | | |
| 14 | Refundable credits from ☐ Schedule M or Form(s) ☐ 2439 ☐ 4136 <br> ☐ 5405 ☐ 8801 ☐ 8812 ☐ 8839 ☐ 8863 ☐ 8885 or <br> ☐ other (specify): | 14 | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed (see instructions)................................................. | 15 | | | |
| 16 | Total payments. Add lines 11 through 15. | 16 | | | 7,023. |
| **Refund or Amount You Owe** *(Note. Allow 8-12 weeks to process Form 1040X.)* | | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS (see instructions)...... | 17 | | | 317. |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions). ................................. | 18 | | | 6,706. |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference (see instructions)........... | 19 | | | 901. |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return ..... | 20 | | | |
| 21 | Amount of line 20 you want **refunded to you** .................................................... | 21 | | | |
| 22 | Amount of line 20 you want **applied to your** (enter year): _____ estimated tax ► | 22 | | | |

Complete and sign this form on Page 2.

BAA For Paperwork Reduction Act Notice, see instructions

Form **1040X** (Rev 12-2010)

POSTMARK DATE RECEIVED

OCT 18 2012

10 24 2012

AUSTIN, TEXAS

USA_0122
6/13/18

EXHIBIT
**28**

Form 1040X (Rev 12-2010) JANE BOYD                                           6353          Page **2**

## Part I Exemptions

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by a Midwestern disaster in 2008 or 2009.

See Form 1040 or Form 1040A instructions and Form 1040X instructions.

| | | | A Original number of exemptions or amount reported or as previously adjusted | B Net change | C Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself | 23 | | | |
| 24 | Your dependent children who lived with you | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending (see instructions) | 28 | | | |
| 29 | If you are claiming an exemption amount for housing individuals displaced by a Midwestern disaster, enter the amount from Form 8914, line 2 for 2008, or line 6 for 2009 | 29 | | | |
| 30 | Add lines 28 and 29. Enter the result here and on line 4 on page 1 of this form | 30 | | | |

31  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name        Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## Part II Presidential Election Campaign Fund

Checking below will not increase your tax or reduce your refund.
- ☐ Check here if you did not previously want $3 to go to the fund, but now do.
- ☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund but now does.

## Part III Explanation of changes. In the space provided below, tell us why you are filing Form 1040X.

▶ Attach any supporting documents and new or changed forms and schedules.

> The taxpayer is amending this return to claim the interest and dividends that she earned in the UK and these were not included, by error, on the original return.

### Sign Here

**Remember to keep a copy of this form for your records.**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ _(signature)_    7-30-12 ▶ _____
Your signature        Date          Spouse's signature. If a joint return, **both** must sign.    Date

**Paid Preparer Use Only**

▶ John A. Kristianson /MC        7/30/2012
Preparer's signature            Date

John A. Kristianson
Print/type preparer's name

P01054638
PTIN

☒ Check if self-employed

Firm's name (or yours if self-employed)    John A Kristianson

Firm's address, and ZIP code    5030 Katella Ave Suite 228
Los Alamitos, CA 90720

Phone number    (562) 438-6059

EIN    27-0447104

For forms and publications, visit IRS.gov.                    Form **1040X** (Rev 12-2010)

FDIA1812L  02/16/11

USA_0173
6/13/18

604 – RAR

**EXHIBIT**

**29**

| Form 4549 (Rev. May 2008) | Department of the Treasury-Internal Revenue Service Income Tax Examination Changes | | | | Page 1 of 2 | |

| Name and Address of Taxpayer | | Taxpayer Identification Number 6353 | | Return Form No.: 1040 | |
|---|---|---|---|---|---|
| JANE BOYD LONG BEACH   CA | | Person with whom examination changes were discussed. | Name and Title: Anthony Parent, Esq. | | |

| 1. Adjustments to Income | Period End 12/31/2010 | Period End 12/31/2011 | Period End |
|---|---|---|---|
| a.  Taxable Interest | 3,999.00 | 1,165.00 | |
| b.  Qualified dividends | 332.00 | 298.00 | |
| c.  Itemized Deductions | 324.00 | 110.00 | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2.  Total Adjustments | 4,655.00 | 1,573.00 | |
| 3.  Taxable Income Per Return or as Previously Adjusted | 44,323.00 | 38,854.00 | |
| 4.  Corrected Taxable Income | 48,978.00 | 40,427.00 | |
|     Tax Method | SCHEDULE D | SCHEDULE D | |
|     Filing Status | Single | Single | |
| 5.  Tax | 7,831.00 | 6,201.00 | |
| 6.  Additional Taxes / Alternative Minimum Tax | | | |
| 7.  Corrected Tax Liability | 7,831.00 | 6,201.00 | |
| 8.  Less      a. | | | |
|     Credits   b. | | | |
|              c. | | | |
|              d. | | | |
| 9.  Balance (Line 7 less Lines 8a through 8d) | 7,831.00 | 6,201.00 | |
| 10. Plus     a. | | | |
|     Other    b. | | | |
|     Taxes    c. | | | |
|              d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 7,831.00 | 6,201.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 6,706.00 | 5,844.00 | |
| 13. Adjustments to:  a. | | | |
|                     b. | | | |
|                     c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 1,125.00 | 357.00 | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 1,125.00 | 357.00 | |

IRS - RECEIVED
SB/SE - EXAMINATION
SOUTH ATLANTIC AREA

MAR  5 2015

SEP TERRITORY
MAITLAND, FL

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

USA_0175
03/13/18

| Form 4549 (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | | Page 2 of 2 |
|---|---|---|---|---|
| Name of Taxpayer JANE BOYD | | Taxpayer Identification Number 6353 | | Return Form No.: 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2010 | Period End 12/31/2011 | Period End |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 225.00 | 71.40 | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | 225.00 | 71.40 | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT). The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 1,125.00 | 357.00 | |
| b. Penalties (Line 18) - computed to 02/03/2015 | 225.00 | 71.40 | |
| c. Interest (IRC § 6601) - computed to 03/05/2015 | 173.99 | 38.74 | |
| d. TMT Interest - computed to 03/05/2015 (on TMT underpayment) | 0.00 | 0.00 | |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | 1,523.99 | 467.14 | |

Other Information:

| Examiner's Signature: Graham Frederick | Employee ID: 100875170 | Office: Maitland, FL | Date: 02/03/2015 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

PLEASE NOTE: ~~...~~

| Signature of Taxpayer | Date: 3/3/15 | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: Michelle D. Wynn | | Title: Form 2848 Power of Attorney | Date: |

Catalog Number 23105A

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | Page 1 of 6 |
|---|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number 6353 | | Return Form No.: 1040 |
|---|---|---|---|
| JANE BOYD  LONG BEACH  CA | Person with whom examination changes were discussed. | Name and Title: Anthony Parent, Esq. | |

| 1. **Adjustments to Income** | **Period End** 12/31/2004 | **Period End** 12/31/2005 | **Period End** 12/31/2006 |
|---|---|---|---|
| a. Ordinary Dividends | 628.00 | 875.00 | 818.00 |
| b. Taxable Interest | 2,788.00 | 6,474.00 | 4,732.00 |
| c. Itemized Deductions | 324.00 | 698.00 | 528.00 |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 3,740.00 | 8,047.00 | 6,078.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 38,620.00 | 54,664.00 | 50,111.00 |
| 4. **Corrected Taxable Income**     Tax Method     Filing Status | 42,360.00 TAX TABLE Single | 62,711.00 TAX TABLE Single | 56,189.00 TAX TABLE Single |
| 5. **Tax** | 7,331.00 | 12,346.00 | 10,601.00 |
| 6. **Additional Taxes / Alternative Minimum** | | | |
| 7. Corrected Tax Liability | 7,331.00 | 12,346.00 | 10,601.00 |
| 8. **Less** a.  **Credits** b.  c.  d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 7,331.00 | 12,346.00 | 10,601.00 |
| 10. Plus a.  Other b.  Taxes c.  d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 7,331.00 | 12,346.00 | 10,601.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 6,394.00 | 10,334.00 | 9,089.00 |
| 13. Adjustments to: a.  b.  c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 937.00 | 2,012.00 | 1,512.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 937.00 | 2,012.00 | 1,512.00 |

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2008) |
|---|---|---|

| Form **4549-A** | Department of the Treasury-Internal Revenue Service | | Page 2 of 6 |
|---|---|---|---|
| (Rev. May 2008) | **Income Tax Discrepancy Adjustments** | | |

| Name of Taxpayer<br>JANE BOYD | Taxpayer Identification Number<br>6353 | | Return Form No.:<br>1040 |
|---|---|---|---|

| **17. Penalties/ Code Sections** | **Period End**<br>12/31/2004 | **Period End**<br>12/31/2005 | **Period End**<br>12/31/2006 |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 187.40 | 402.40 | 302.40 |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 187.40 | 402.40 | 302.40 |
| Underpayment attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*.<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 937.00 | 2,012.00 | 1,512.00 |
| b. Penalties *(Line 18)* - computed to 01/24/2014 | 187.40 | 402.40 | 302.40 |
| c. Interest *(IRC § 6601)* - computed to 10/18/2012 | 555.79 | 965.05 | 534.86 |
| d. TMT Interest - computed to 10/18/2012 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,680.19 | 3,379.45 | 2,349.26 |

**Other Information:**

| Examiner's Signature:<br>Name<br>Lauren Palladino | Employee ID:<br>07-72732 | Office:<br>St. Petersburg, FL | Date:<br>01/24/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

6/13/18

| Form **4549-A** (Rev. May 2008) | Department of the Treasury–Internal Revenue Service **Income Tax Discrepancy Adjustments** | | | | Page 3 of 6 |
|---|---|---|---|---|---|

| Name and Address of Taxpayer | | Taxpayer Identification Number 6353 | | Return Form No.: 1040 | |
|---|---|---|---|---|---|
| JANE BOYD LONG BEACH CA | | Person with whom examination changes were discussed. | Name and Title: Anthony Parent, Esq. | | |

| 1. **Adjustments to Income** | Period End 12/31/2007 | Period End 12/31/2008 | Period End 12/31/2009 |
|---|---|---|---|
| a. Ordinary Dividends | 1,104.00 | 1,242.00 | 1,176.00 |
| b. Taxable Interest | 2,904.00 | 2,527.00 | 2,014.00 |
| c. Itemized Deductions | 380.00 | 283.00 | 239.00 |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 4,388.00 | 4,052.00 | 3,429.00 |
| 3. **Taxable Income Per Return or as Previously Adjusted** | 55,243.00 | 30,760.00 | 22,565.00 |
| 4. **Corrected Taxable Income** | 59,631.00 | 34,812.00 | 25,994.00 |
| Tax Method | TAX TABLE | TAX TABLE | SCHEDULE D |
| Filing Status | Single | Single | Single |
| 5. **Tax** | 11,330.00 | 5,050.00 | 3,471.00 |
| 6. **Additional Taxes / Alternative Minimum** | | | |
| 7. **Corrected Tax Liability** | 11,330.00 | 5,050.00 | 3,471.00 |
| 8. **Less** a. | | | |
| **Credits** b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 11,330.00 | 5,050.00 | 3,471.00 |
| 10. Plus a. | | | |
| Other b. | | | |
| Taxes c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10d) | 11,330.00 | 5,050.00 | 3,471.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 10,230.00 | 4,215.00 | 3,471.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax or** (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 1,100.00 | 835.00 | 0.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 1,100.00 | 835.00 | 0.00 |

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2008) |
|---|---|---|

| Form **4549-A** | | | | Page __4__ of __6__ | |
|---|---|---|---|---|---|
| (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | | | | |

| Name of Taxpayer<br>JANE BOYD | Taxpayer Identification Number<br>6353 | Return Form No.:<br>1040 |
|---|---|---|

| **17. Penalties/ Code Sections** | **Period End**<br>12/31/2007 | **Period End**<br>12/31/2008 | **Period End**<br>12/31/2009 |
|---|---|---|---|
| a. Accuracy-IRC 6662 | 220.00 | 167.00 | |
| b. Accuracy- IRC 6662 | | | 102.00 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 220.00 | 167.00 | 102.00 |
| Underpayment attributable to negligence: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)*<br>*A tax addition of 50 percent of the interest due on the*<br>*underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*.<br>Interest will accrue and be assessed at 120% of underpayment<br>rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 1,100.00 | 835.00 | 0.00 |
| b. Penalties *(Line 18)* - computed to 01/24/2014 | 220.00 | 167.00 | 102.00 |
| c. Interest *(IRC § 6601)* - computed to 10/18/2012 | 262.73 | 136.18 | 9.30 |
| d. TMT Interest - computed to   10/18/2012   *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,582.73 | 1,138.18 | 111.30 |

**Other Information:**

| Examiner's Signature:<br>Name<br><br>Lauren Palladino | Employee ID:<br><br>07-72732 | Office:<br><br>St. Petersburg, FL | Date:<br><br>01/24/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Form **4549-A** | Department of the Treasury-Internal Revenue Service | | | |
|---|---|---|---|---|
| (Rev. May 2008) | **Income Tax Discrepancy Adjustments** | | Page 5 of 6 | |

| Name and Address of Taxpayer | | Taxpayer Identification Number<br>6353 | | Return Form No.:<br>1040 |
|---|---|---|---|---|
| JANE BOYD<br><br>LONG BEACH   CA | | Person with whom examination changes were discussed. | **Name and Title:**<br>Anthony Parent, Esq. | |

| 1. **Adjustments to Income** | **Period End**<br>12/31/2010 | **Period End**<br>12/31/2011 | **Period End** |
|---|---|---|---|
| a.  Taxable Interest | 3,999.00 | 1,165.00 | |
| b.  Qualified dividends | 332.00 | 298.00 | |
| c.  Itemized Deductions | 325.00 | 110.00 | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 4,656.00 | 1,573.00 | |
| 3. **Taxable Income Per Return or as Previously Adjusted** | 44,323.00 | 38,854.00 | |
| 4. **Corrected Taxable Income** | 48,979.00 | 40,427.00 | |
|      Tax Method | SCHEDULE D | SCHEDULE D | |
|      Filing Status | Single | Single | |
| 5. **Tax** | 7,831.00 | 6,201.00 | |
| 6. **Additional Taxes / Alternative Minimum** | | | |
| 7. **Corrected Tax Liability** | 7,831.00 | 6,201.00 | |
| 8. Less       a.<br>Credits   b.<br>             c.<br>             d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 7,831.00 | 6,201.00 | |
| 10. Plus      a.<br>Other    b.<br>Taxes    c.<br>             d. | | | |
| 11. **Total Corrected Tax Liability** (Line 9 plus Lines 10a thru 10d) | 7,831.00 | 6,201.00 | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 6,706.00 | 5,844.00 | |
| 13. Adjustments to:  a.<br>                           b.<br>                           c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 1,125.00 | 357.00 | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 1,125.00 | 357.00 | |

| Catalog Number 23110T | www.irs.gov | Form **4549-A** (Rev. 5-2008) |
|---|---|---|

| Form **4549-A** | Department of the Treasury-Internal Revenue Service | Page 6 of 6 |
| --- | --- | --- |

| Form **4549-A** (Rev. May 2008) | **Income Tax Discrepancy Adjustments** | Page 6 of 6 |
| --- | --- | --- |

| Name of Taxpayer JANE BOYD | Taxpayer Identification Number 5353 | Return Form No.: 1040 |
| --- | --- | --- |

| **17. Penalties/ Code Sections** | **Period End** 12/31/2010 | **Period End** 12/31/2011 | **Period End** |
| --- | --- | --- | --- |
| a. Accuracy-IRC 6662 | 225.00 | 71.40 | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 225.00 | 71.40 | |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 1,125.00 | 357.00 | |
| b. Penalties *(Line 18)* - computed to 01/24/2014 | 225.00 | 71.40 | |
| c. Interest *(IRC § 6601)* - computed to 10/18/2012 | 69.07 | 6.58 | |
| d. TMT Interest - computed to 10/18/2012 *(on TMT underpayment)* | 0.00 | 0.00 | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 1,419.07 | 434.98 | |

**Other Information:**

| Examiner's Signature: Name Lauren Palladino | Employee ID: 07-72732 | Office: St. Petersburg, FL | Date: 01/24/2014 |
| --- | --- | --- | --- |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

6/13/18

665 – Correspondence

**EXHIBIT**

**30**

USA_0183
6/13/18

## PARENT & PARENT LLP
### ATTORNEYS AT LAW
144 SOUTH MAIN STREET • WALLINGFORD, CONNECTICUT • 06492
TELEPHONE: (203) 269-6699 • FAX: (203) 269-0385

April 28, 2014



Lauren Palladino
Revenue Agent
Internal Revenue Service
9450 Koger Boulevard North
Suite 201, Mail Stop 1607 LP
Saint Petersberg, Florida 33702

**RE: Jane Boyd**                    **SSN:**        **6353**

Dear Ms. Palladino,

We received your IDR dated March 10, 2014. In the message below I am responding to each of the issues you raised.

**Item (1)**: We are providing a signed Form 3520 for 2010

**Item (2)**: We are providing Form 8938, Statement of Specified Foreign Financial Assets for 2011.

**Item (3)**: Regarding the account balances for all foreign accounts listed on the FBARs submitted in the Offshore Voluntary Disclosure Program on the following dates:
    A.  June 30, 2010
    B.  June 30, 2011
    C.  June 30, 2012
I am not quite certain what you are requesting here since these figures are all included on the FBARs and bank statements that have been submitted to you previously. I will be calling you to speak to you about this item so that I can provide you with what you are looking for.

I discussed with your associate that we have sent the letter putting forth the reasoning for requesting no penalties in an opt out to the client for final review before sending it to you to ensure that all factual items contained in that letter are accurate. I appreciate you providing us with additional time to provide

**EXHIBIT**
**31**

USA_0184
6/13/18

03/06/2014  23:04

# PARENT & PARENT LLP

### ATTORNEYS AT LAW

144 SOUTH MAIN STREET
WALLINGFORD, CONNECTICUT 06492
PHONE: (203) 269-6699
FACSIMILE: (203) 269-0385

---

**Date:** March 7, 2014

---

**Fax Sent To:** Lauren Palladino/IRS          **Fax Number:** 1-877-791-1499

---

**Fax Sent From:** Michelle D. Wynn, Esq.

---

**RE:** Jane Boyd

**MESSAGE:**

---

Dear Ms. Palladino:

I have reviewed the Form 906 that you issued on this matter with Ms. Boyd. As we stated in the initial submission letter for this matter, Ms. Boyd is requesting to opt out of the civil settlement structure of the OVDP. We are prepared to submit a confirmation of this in writing with developed reasons for requesting no penalties be imposed, as this was an innocent error and imposition of any penalties in this case would be unfair given the circumstances.

Many revenue Agents that we work with prefer to have us indicate this request in writing, they will send a formal letter advising of the risks of opting out and ask for a confirmation letter confirming that we still intend to opt out. If you would prefer that we just send the formal letter requesting opt out, please let me know and we will submit that without waiting for the formal letter from you, as we have already discussed with Ms. Boyd the risks of opt out and, together with our attorneys, she has determined that this is in her best interest to seek an opt out.

Thank you very much for your help with this matter.

Sincerely,

*[signature]*

Michelle D. Wynn, Esq.
PAGES (INCLUDING COVER):  **1**

### NOTICE OF CONFIDENTIALITY:

This and any accompanying telecopy transmission contains information from Parent & Parent LLP which in confidential and privileged by the attorney-client privilege and work product doctrine. This information is intended only for the use of the individual or entity named on this cover sheet. If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution, or the contents of this telecopy transmission is strictly prohibited by law. If you have received this telecopy transmission in error, kindly return it to us via the US Mail or call the phone number above to arrange for the return of the document. Thank you for your cooperation.

EXHIBIT
**32**

USA_0185

03/07/2014  10:53AM  (GMT-08:00)

**Palladino Lauren**

| | |
|---|---|
| **From:** | Palladino Lauren |
| **Sent:** | Monday, February 24, 2014 7:40 AM |
| **To:** | 'Michelle Wynn (Business Fax)' |
| **Subject:** | BO** case |

Good Day Ms. Wynn,

As per our last conversation on February 6, 2014, we agreed that you would provide the 2011 transfers and signed 2010 Form 3520 by Friday, February 14, 2014. I have not received these documents as of today's date, please remit by Wednesday, February 26, 2014. Thank you kindly.


Regards,

*Lauren Palladino*

Internal Revenue Agent
QuickBooks Resource Person
Peachtree Area Resource Agent

SB/SE Exam South Atlantic Area
Tampa Territory- Group 1607
Phone: 727-568-2488
Fax: 877-791-7499

2/24/2014

**EXHIBIT
33**

**Palladino Lauren**

| | |
|---|---|
| **From:** | No Reply [mits.acioeops.eef.alerts@irs.gov] |
| **Sent:** | Monday, February 24, 2014 7:41 AM |
| **To:** | Palladino Lauren |
| **Subject:** | Fax: Tx 'ok' Report |

```
-------Fax Transmission Report-------

To: Michelle Wynn at 203-269-0385
Subject of Fax: BO** case
Result: The transmission was successful.
Description: ok
Result Code:0000
Pages Sent: 001
Sent at: 02/24/14 06:40
Connect Time
Retry Count: 0
Remote CSI:
```

1

USA_0187
6/13/18

02/05/2014   03:40                                                                                          #2157 P.002/004

# PARENT & PARENT LLP

## ATTORNEYS AT LAW

144 SOUTH MAIN STREET • WALLINGFORD, CONNECTICUT • 06492
TELEPHONE: (203) 269-6699 • FAX: (203) 269-0385

February 5, 2014

Lauren Palladino
Revenue Agent
Internal Revenue Service
9450 Koger Boulevard North
Suite 201, Mail Stop 1607 LP
Saint Petersberg, Florida 33702

**RE: Jane Boyd**                          **SSN:**          **6353**

Dear Ms. Palladino,

We received your IDR dated January 30, 2014. In the message below I am responding to each of the issues you raised.

**Item (1):** We looked through Boyd's tax returns for 2011 and it does appear she had amended it to report addition foreign earned interest income. With respect to the penalty computation, only the accounts that had previously unreported income would be required to be considered for the penalty computation. Accordingly, it is important that we determine what account produced the $1,463 in interest income that was included with the Amended Return. This is not a simple matter as we will need to independently verify the income from each account during the year. We respectfully ask for an extension until the end of Friday to send you this information.

**Item (2):** Included with this letter is the Foreign Account and Asset Statement for HSBC account # 5666.

**Item (3):** We are still waiting to receive the signed original Form 3520 from Ms. Boyd in the mail.

**EXHIBIT**
**34**

USA_0188

02/05/2014   3:29PM   (GMT-08:00)

Please let me know if you require any further documents or information or if you are unable to grant our request for an extension of time to provide the information that you requested for Item 1.

Sincerely,

Michelle D. Wynn, Esq.

**Palladino Lauren**

**From:** Palladino Lauren
**Sent:** Thursday, January 30, 2014 7:19 AM
**To:** 'Michelle Wynn (Business Fax)'

Good Day Michelle Wynn,

Although your client did report some income earned from her U.K. accounts on her original 2011 tax return, I have a signed amended tax return for 2011 to report additional U.K. income of $1,463 which was accidentally omitted.  Therefore, 2011 is not tax compliant and includible is in the offshore penalty computation.  Please provide the following documents by Thursday, February 6, 2014:

1) A list of account transfers in 2011
2) Foreign Account and Asset statement for HSBC account #               5666 ✓
3) Signed 2010 Form 3520 (please provide the original by postal mail)

Thank you for your attention to this matter.

Sincerely,

*Lauren Palladino*

Internal Revenue Agent
QuickBooks Resource Person
Peachtree Area Resource Agent

SB/SE Exam South Atlantic Area
Tampa Territory- Group 1607
Phone: 727-568-2488
Fax: 877-791-7499

1/30/2014

**EXHIBIT**
**35**

USA_0190
6/13/18

**Palladino Lauren**

| | |
|---|---|
| **From:** | No Reply [mits.acioeops.eef.alerts@irs.gov] |
| **Sent:** | Thursday, January 30, 2014 7:21 AM |
| **To:** | Palladino Lauren |
| **Subject:** | Fax: Tx 'ok' Report |


```
-------Fax Transmission Report-------

To: Michelle Wynn at 203-269-0385
Subject of Fax:
Result: The transmission was successful.
Description: ok
Result Code:0000
Pages Sent: 002
Sent at: 01/30/14 06:19
Connect Time
Retry Count: 0
Remote CSI:
```

1

USA_0191
6/13/18

01/29/2014   00:04                                                                                    #2096 P.002/012

# PARENT & PARENT LLP
## ATTORNEYS AT LAW
144 SOUTH MAIN STREET • WALLINGFORD, CONNECTICUT • 06492
TELEPHONE: (203) 269-6699 • FAX: (203) 269-0385

January 28, 2014

Lauren Palladino
Revenue Agent
Internal Revenue Service
9450 Koger Boulevard North
Suite 201, Mail Stop 1607 LP
Saint Petersberg, Florida 33702

**RE: Jane Boyd**            **SSN:**        **6353**

Dear Ms. Palladino,

We received your IDR dated January 22, 2014. I am responding to each of the issues you raised in that message below.

Items (1) and (2): You requested that we provide information to allow for a penalty computation for tax year 2011. Ms. Boyd filed her 2011 tax return on time, claiming all income from all worldwide sources, and timely filed her 2011 FBAR. Therefore, 2011 should not be included in the Offshore Penalty Computation because there was no tax non-compliance for that year.

Item (3): We have prepared the attached draft Form 3520 for tax year 2010 to declare Ms. Boyd's inheritances for that year. We will be sending this draft to Ms. Boyd to review, approve, sign, and return to us. We will send the signed original return to you once we receive it in the mail from her.

Item (4): HSBC account #5666 – we do not have record of this account, please provide a full account number or further information so we can properly research. Halifax #2144 – this account was inadvertently reported using the "roll number" (see attached), a corrected FAAS statement has been included.

**EXHIBIT**
**36**

01/29/2014   10:56AM (GMT-06:00)

USA_0192
6/13/18

01/29/2014   00:04                                                              #2096 P.003/012

Sincerely,

Michelle D. Wynn, Esq.

USA_0193
6/13/18

#2096 P.001/012

# PARENT & PARENT LLP

## ATTORNEYS AT LAW
144 SOUTH MAIN STREET
WALLINGFORD, CONNECTICUT 06492
PHONE: (203) 269-6699
FACSIMILE: (203) 269-0385

Date: 1-29-14

Fax Sent To: Lauren Palladino    Fax Number: 877-791-7499

Fax Sent From: Michelle Wynn, Esq.

RE: Jane Boyd

MESSAGE:

PAGES (INCLUDING COVER): 12

## NOTICE OF CONFIDENTIALITY:

This cover and the any accompanying telecopy transmission contains information from Parent & Parent LLP which in confidential and privileged according to the attorney-client privilege and work product doctrine. This information is intended only for the use of the individual or entity name on the transmission cover sheet. If you are not the designated recipient, you are hereby notified that any disclosure, copying, distribution, or use of the contents of this telecopy transmission is strictly prohibited by law. If you have received this telecopy transmission in error, kindly return it immediately via the US Mail or call the phone number above to arrange for the return of the document. Thank you for your cooperation.

EXHIBIT
**37**

01/29/2014  10:56AM (GMT-06:00)

USA_0194

01/29/2014  00:04                                                                #2096 P.004/012

| Form **3520** | **Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts** | OMB No. 1545-0159 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions. | **2010** |

**Note.** All information must be in English. Show all amounts in U.S. dollars. File a separate Form 3520 for each foreign trust.

For calendar year 2010, or tax year beginning _____ , 2010, ending _____ , 20 ___

**A** Check appropriate boxes: ☑ Initial return ☐ Final return ☐ Amended return

**B** Check box that applies to person filing return: ☑ Individual ☐ Partnership ☐ Corporation ☐ Trust ☐ Executor

**Check all applicable boxes:**

☐ **(a)** You are a U.S. transferor who, directly or indirectly, transferred money or other property during the current tax year to a foreign trust, **(b)** You held an outstanding obligation of a related foreign trust (or a person related to the trust) issued during the current tax year, that you reported as a "qualified obligation" (defined in the instructions) during the current tax year, or **(c)** You are the executor of the estate of a U.S. decedent and (1) the decedent made a transfer to a foreign trust by reason of death, (2) the decedent was treated as the owner of any portion of a foreign trust immediately prior to death, or (3) the decedent's estate included any portion of the assets of a foreign trust. Complete all applicable identifying information requested below and Part I of the form and see the instructions for Part I.

☐ You are a U.S. owner of all or any portion of a foreign trust at any time during the tax year. Complete all applicable identifying information requested below and Part II of the form and see the instructions for Part II.

☐ **(a)** You are a U.S. person who, during the current tax year, received a distribution from a foreign trust, or **(b)** You are a U.S. person and you are also a grantor or beneficiary of a foreign trust that made a loan of cash or marketable securities directly or indirectly to you during the current tax year that you reported as a "qualified obligation" (defined in the instructions) during the current tax year. Complete all applicable identifying information requested below and Part III of the form and see the instructions for Part III.

☑ You are a U.S. person who, during the current tax year, received certain gifts or bequests from a foreign person. Complete all applicable identifying information requested below and Part IV of the form and see the instructions for Part IV.

Service Center where U.S. person's income tax return is filed ▶ _____

| **1a** Name of person(s) filing return (see instructions) | **b** Identification number |
|---|---|
| Jane Boyd | |
| **c** Number, street, and room or suite no. (if a P.O. box, see instructions) | **d** Spouse's identification number |

| **e** City or town | **f** State or province | **g** ZIP or postal code | **h** Country |
|---|---|---|---|
| Long Beach | CA | | United States |
| **2a** Name of foreign trust (if applicable) | | | **b** Employer identification number (if any) |

| **c** Number, street, and room or suite no. (if a P.O. box, see instructions) | | | |
|---|---|---|---|
| **d** City or town | **e** State or province | **f** ZIP or postal code | **g** Country |

**3** Did the foreign trust appoint a U.S. agent (defined in the instructions) who can provide the IRS with all relevant trust information? . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," complete lines 3a through 3g.

| **3a** Name of U.S. agent | **b** Identification number (if any) |
|---|---|

| **c** Number, street, and room or suite no. (if a P.O. box, see instructions) | | | |
|---|---|---|---|
| **d** City or town | **e** State or province | **f** ZIP or postal code | **g** Country |

| **4a** Name of U.S. decedent (see instr.) | **b** Address | **c** TIN of decedent |
|---|---|---|
| **d** Date of death | | **e** EIN of estate |

**f** Check applicable box:
☐ U.S. decedent made transfer to a foreign trust by reason of death.
☐ U.S. decedent treated as owner of foreign trust immediately prior to death.
☐ Assets of foreign trust were included in estate of U.S. decedent.

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including any accompanying reports, schedules, or statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Signature | Title | Date |
|---|---|---|

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | David G. Parent, Esq. | | | | P00344488 |
| | Firm's name ▶ Parent & Parent, LLP | | | Firm's EIN ▶ | 26-1677693 |
| | Firm's address ▶ 144 S. Main St., Wallingford, CT 06492 | | | Phone no. | 203-269-6699 |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 19594V    Form **3520** (2010)

USA_0195

01/29/2014  10:56AM  (GMT-06:00)

01/29/2014  00:04                                                                                      #2096 P.005/012

Form 3520 (2010)                                                                                      Page **2**

| **Part I** | **Transfers by U.S. Persons to a Foreign Trust During the Current Tax Year** (see instructions) |

| 5a Name of trust creator | b Address | c Identification number (if any) |
|---|---|---|

| 6a Country code of country where trust was created | b Country code of country whose law governs the trust | c Date trust was created |
|---|---|---|

7a  Will any person (other than the U.S. transferor or the foreign trust) be treated as the owner of the transferred assets after the transfer?  ☐ Yes ☐ No

b

| (i) Name of other foreign trust owners, if any | (ii) Address | (iii) Country of residence | (iv) Identification number, if any | (v) Relevant Code section |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

8   Was the transfer a completed gift or bequest? If "Yes," see instructions . . . . . . . . . . .  ☐ Yes ☐ No
9a  Now or in the future, can any part of the income or corpus of the trust benefit any U.S. beneficiary? . . . . .  ☐ Yes ☐ No
b   If "No," could the trust be revised or amended to benefit a U.S. beneficiary? . . . . . . . . .  ☐ Yes ☐ No
10  Will you continue to be treated as the owner of the transferred asset(s) after the transfer? . . . . . . .  ☐ Yes ☐ No

**Schedule A—Obligations of a Related Trust (see instructions)**

11a During the current tax year, did you transfer property (including cash) to a related foreign trust in exchange for an obligation of the trust or an obligation of a person related to the trust (see instructions)?  ☐ Yes ☐ No
If "Yes," complete the rest of Schedule A, as applicable. If "No," go to Schedule B.

b   Were any of the obligations you received (with respect to a transfer described in 11a above) qualified obligations?  .  ☐ Yes ☐ No
If "Yes," complete the rest of Schedule A with respect to each qualified obligation.
If "No," go to Schedule B and, when completing columns (a) through (i) of line 13 with respect to each nonqualified obligation, enter "-0-" in column (h).

| (i) Date of transfer giving rise to obligation | (ii) Maximum term | (iii) Yield to maturity | (iv) FMV of obligation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

12  With respect to each qualified obligation you reported on line 11b: Do you agree to extend the period of assessment of any income or transfer tax attributable to the transfer, and any consequential income tax changes for each year that the obligation is outstanding, to a date 3 years after the maturity date of the obligation? . . . . . . . .  ☐ Yes ☐ No
Note. Generally, you must answer "Yes," if you checked "Yes" to the question on line 11b.

**Schedule B—Gratuitous Transfers (see instructions)**

13  During the current tax year, did you make any transfers (directly or indirectly) to the trust and receive less than FMV, or no consideration at all, for the property transferred? . . . . . . . . . . . . . . .  ☐ Yes ☐ No
If "Yes," complete columns (a) through (i) below and the rest of Schedule B, as applicable.
If "No," go to Schedule C.

| (a) Date of transfer | (b) Description of property transferred | (c) FMV of property transferred | (d) U.S. adjusted basis of property transferred | (e) Gain recognized at time of transfer | (f) Excess, if any, of column (c) over the sum of columns (d) and (e) | (g) Description of property received, if any | (h) FMV of property received | (i) Excess of column (c) over column (h) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Totals ▶ |  |  |  | $ |  |  |  | $ |

14  You are required to attach a copy of each sale or loan document entered into in connection with a transfer reported on line 13. If these documents have been attached to a Form 3520 filed within the previous 3 years, attach only relevant updates.

|  | Yes | No | Attached Previously | Year Attached |
|---|---|---|---|---|
| Are you attaching a copy of: |  |  |  |  |
| a  Sale document? | ☐ | ☐ | ☐ | _____ |
| b  Loan document? . . . . . . . . . . . . . . . . . . . . | ☐ | ☐ | ☐ | _____ |
| c  Subsequent variances to original sale or loan documents? . . . . . . . . . | ☐ | ☐ | ☐ | _____ |

Form **3520** (2010)

01/29/2014  00:05

#2098 P.006/012

Form 3520 (2010)                                                                                              Page **3**

| **Part I** | Schedule B—Gratuitous Transfers *(Continued)*. |
|---|---|

Note. Complete lines 15 through 18 only if you answered "No" to line 3.

| 15 | **(a)** Name of beneficiary | **(b)** Address of beneficiary | **(c)** U.S. beneficiary? | | **(d)** Identification number, if any |
|---|---|---|---|---|---|
| | | | Yes | No | |
| | | | | | |
| | | | | | |
| | | | | | |

| 16 | **(a)** Name of trustee | **(b)** Address of trustee | **(c)** Identification number, if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 17 | **(a)** Name of other persons with trust powers | **(b)** Address of other persons with trust powers | **(c)** Description of powers | **(d)** Identification number, if any |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

18  If you checked "No" on line 3 (or did not complete lines 3a through 3g), you are required to attach a copy of all trust documents as indicated below. If these documents have been attached to a Form 3520-A filed within the previous 3 years, attach only relevant updates.

| | Are you attaching a copy of: | Yes | No | Attached Previously | Year Attached |
|---|---|---|---|---|---|
| a | Summary of all written and oral agreements and understandings relating to the trust? | ☐ | ☐ | ☐ | _____ |
| b | The trust instrument? | ☐ | ☐ | ☐ | _____ |
| c | Memoranda or letters of wishes? | ☐ | ☐ | ☐ | _____ |
| d | Subsequent variances to original trust documents? | ☐ | ☐ | ☐ | _____ |
| e | Trust financial statements? | ☐ | ☐ | ☐ | _____ |
| f | Other trust documents? | ☐ | ☐ | ☐ | _____ |

| | Schedule C—Qualified Obligations Outstanding in the Current Tax Year (see instructions) |
|---|---|

19  Did you, at any time during the tax year, hold an outstanding obligation of a related foreign trust (or a person related to the trust) that you reported as a "qualified obligation" in the current tax year?  ☐ Yes  ☐ No
If "Yes," complete columns (a) through (e) below.

| **(a)** Date of original obligation | **(b)** Tax year qualified obligation first reported | **(c)** Amount of principal payments made during the tax year | **(d)** Amount of interest payments made during the tax year | **(e)** Does the obligation still meet the criteria for a qualified obligation? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| | | | | | |
| | | | | | |
| | | | | | |

Form **3520** (2010)

01/29/2014   00:05                                                        #2096 P.007/012

Form 3520 (2010)                                                                    Page 4

| **Part II** | **U.S. Owner of a Foreign Trust (see instructions)** |

| 20 | (a) Name of other foreign trust owners, if any | (b) Address | (c) Country of residence | (d) Identification number, if any | (e) Relevant Code section |
|----|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| 21 | (a) Country code of country where foreign trust was created | (b) Country code of country whose law governs the foreign trust | (c) Date foreign trust was created |
|----|---|---|---|
| | | | |

22   Did the foreign trust file Form 3520-A for the current year? . . . . . . . . . . . . . . . . □ Yes □ No
     If "Yes," attach the Foreign Grantor Trust Owner Statement you received from the foreign trust.
     If "No," to the best of your ability, complete and attach a substitute Form 3520-A for the foreign trust.
     See instructions for information on penalties.

23   Enter the gross value of the portion of the foreign trust that you are treated as owning . . . . . . . . ▶ $

| **Part III** | **Distributions to a U.S. Person From a Foreign Trust During the Current Tax Year (see instructions)** |

24   Cash amounts or FMV of property received, directly or indirectly, during the current tax year, from the foreign trust (exclude loans included on line 25).

| (a) Date of distribution | (b) Description of property received | (c) FMV of property received (determined on date of distribution) | (d) Description of property transferred, if any | (e) FMV of property transferred | (f) Excess of column (c) over column (e) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Totals. . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $

25   During the current tax year, did you (or a person related to you) receive a loan from a related foreign trust (including an
     extension of credit upon the purchase of property from the trust)? . . . . . . . . . . . . . □ Yes □ No
     If "Yes," complete columns (a) through (g) below for each such loan.
     Note. You are considered to have received a loan if you (or a person related to you) were permitted the uncompensated
     use of trust property (as described in section 643(i)). See instructions for additional information, including how to complete
     columns (a) through (g) for such transactions.

| (a) FMV of loan proceeds | (b) Date of original loan transaction | (c) Maximum term of repayment of obligation | (d) Interest rate of obligation | (e) Is the obligation a "qualified obligation"? | | (f) FMV of qualified obligation | (g) Amount treated as distribution from the trust (subtract column (f) from column (a)) |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $

26   With respect to each obligation you reported as a "qualified obligation" on line 25: Do you agree to extend the
     period of assessment of any income or transfer tax attributable to the transaction, and any consequential income
     tax changes for each year that the obligation is outstanding, to a date 3 years after the maturity date of the
     obligation? . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No
     Note. Generally, you must answer "Yes" if you checked "Yes" in column (e) of line 25.

27   Total distributions received during the current tax year. Add line 24, column (f), and line 25, column (g). . ▶ $

28   Did the trust, at any time during the tax year, hold an outstanding obligation of yours (or a person related to you)
     that you reported as a "qualified obligation" in the current tax year? . . . . . . . . . . . . □ Yes □ No
     If "Yes," complete columns (a) through (e) below for each obligation.

| (a) Date of original loan transaction | (b) Tax year qualified obligation first reported | (c) Amount of principal payments made during the tax year | (d) Amount of interest payments made during the tax year | (e) Does the loan still meet the criteria of a qualified obligation? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| | | | | | |
| | | | | | |
| | | | | | |

Form 3520 (2010)

USA_0198

01/29/2014   10:56AM   (GMT-06:00)

6/13/18

01/29/2014  00:05

#2096  P.008/012

Form 3520 (2010)

Page **5**

| **Part III** | Distributions to a U.S. Person From a Foreign Trust During the Current Tax Year *(Continued)* |

29  Did you receive a Foreign Grantor Trust Beneficiary Statement from the foreign trust with respect to a distribution? . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☐ No ☐ N/A
    If "Yes," attach the statement and do not complete the remainder of Part III with respect to that distribution.
    If "No," complete Schedule A with respect to that distribution. Also complete Schedule C if you enter an amount greater than zero on line 37.

30  Did you receive a Foreign Nongrantor Trust Beneficiary Statement from the foreign trust with respect to a distribution? . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☐ No ☐ N/A
    If "Yes," attach the statement and complete either Schedule A or Schedule B below (see instructions). Also complete Schedule C if you enter an amount greater than zero on line 37 or line 41a.
    If "No," complete Schedule A with respect to that distribution. Also complete Schedule C if you enter an amount greater than zero on line 37.

| **Schedule A—Default Calculation of Trust Distributions** (see instructions) | |
|---|---|
| 31 | Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . ► | |
| 32 | Number of years the trust has been a foreign trust (see instructions) . . . . . ► | |
| 33 | Enter total distributions received from the foreign trust during the 3 preceding tax years (or during the number of years the trust has been a foreign trust, if fewer than 3) . . . . . . . . . . . . . | |
| 34 | Multiply line 33 by 1.25 . . . . . . . . . . . . . . . . . . . . . . | |
| 35 | Average distribution. Divide line 34 by 3 (or the number of years the trust has been a foreign trust, if fewer than 3) and enter the result . . . . . . . . . . . . . . . . . . . . . | |
| 36 | Amount treated as ordinary income earned in the current year. Enter the smaller of line 31 or line 35 . . . . | |
| 37 | Amount treated as accumulation distribution. Subtract line 36 from line 31. If -0-, do not complete the rest of Part III | |
| 38 | Applicable number of years of trust. Divide line 32 by 2 and enter the result here ► | |

| **Schedule B—Actual Calculation of Trust Distributions** (see instructions) | |
|---|---|
| 39 | Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . | |
| 40a | Amount treated as ordinary income in the current tax year . . . . . . . . . . ► | |
| b | Qualified dividends . . . . . . . . . . . . . . . . . . . . . ► | |
| 41a | Amount treated as accumulation distribution. If -0-, do not complete Schedule C, Part III . . . . . . . . ► | |
| b | Amount of line 41a that is tax-exempt . . . . . . . . . . . . . . ► | |
| 42a | Amount treated as net short-term capital gain in the current tax year . . . . . . . ► | |
| b | Amount treated as net long-term capital gain in the current tax year . . . . . . ► | |
| c | 28% rate gain . . . . . . . . . . . . . . . . . . . . . ► | |
| d | Unrecaptured section 1250 gain . . . . . . . . . . . . . . . ► | |
| 43 | Amount treated as distribution from trust corpus . . . . . . . . . . . . . . | |
| 44 | Enter any other distributed amount received from the foreign trust not included on lines 40a, 41a, 42a, 42b, and 43 (attach explanation) . . . . . . . . . . . . . . . . . . . . . | |
| 45 | Amount of foreign trust's aggregate undistributed net income . . . . . . . . . . . | |
| 46 | Amount of foreign trust's weighted undistributed net income . . . . . . . . . . . | |
| 47 | Applicable number of years of trust. Divide line 46 by line 45 and enter the result here ► | |

| **Schedule C—Calculation of Interest Charge** (see instructions) | |
|---|---|
| 48 | Enter accumulation distribution from line 37 or 41a, as applicable . . . . . . . . . . | |
| 49 | Enter tax on total accumulation distribution from line 28 of Form 4970 (attach Form 4970—see instructions) . . | |
| 50 | Enter applicable number of years of foreign trust from line 38 or 47, as applicable (round to nearest half-year) . . . . . . . . . . . . . . . . . . | |
| 51 | Combined interest rate imposed on the total accumulation distribution (see instructions) . . . . . . . | |
| 52 | Interest charge. Multiply the amount on line 49 by the combined interest rate on line 51 . . . . . . | |
| 53 | Tax attributable to accumulation distributions. Add lines 49 and 52. Enter here and as "additional tax" on your income tax return . . . . . . . . . . . . . . . . . . . . . . . | |

Form **3520** (2010)

USA_0199
01/29/2014  10:56AM (GMT-06:00)
6/13/18

01/29/2014  00:06                                                                      #2098 P.009/012

Form 3520 (2010)                                                                             Page **6**

**Part IV**  U.S. Recipients of Gifts or Bequests Received During the Current Tax Year From Foreign Persons
(see instructions)

54  During the current tax year, did you receive more than $100,000 that you treated as gifts or bequests from a
nonresident alien or a foreign estate? See instructions for special rules regarding related donors and gifts or bequests
from "covered expatriates"  . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ Yes ☐ No
If "Yes," complete columns (a) through (c) with respect to each such gift or bequest in excess of $5,000. If more space
is needed, attach schedule.

| (a)<br>Date of gift<br>or bequest | (b)<br>Description of property received | (c)<br>FMV of property received |
|---|---|---|
| 04/16/2010 | Cash | $100,000.00 |
| 04/17/2010 | Cash | $50,000.00 |
| | See Schedule 1 | $15,000.00 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | $ 165,000.00 |

55  During the current tax year, did you receive more than $14,165 that you treated as gifts from a foreign corporation or a
foreign partnership? See instructions regarding related donors . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," complete columns (a) through (g) with respect to each such gift. If more space is needed, attach schedule.

| (a)<br>Date of gift | (b)<br>Name of foreign donor | (c)<br>Address of foreign donor | (d)<br>Identification number,<br>if any |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| (e)<br>Check the box that applies to the foreign donor | | (f)<br>Description of property received | (g)<br>FMV of property received |
|---|---|---|---|
| Corporation | Partnership | | |
| | | | |
| | | | |
| | | | |
| | | | |

56  Do you have any reason to believe that the foreign donor, in making any gift or bequest described in lines 54 and 55, was
acting as a nominee or intermediary for any other person? If "Yes," see instructions  . . . . . . . . . . ☐ Yes ☑ No
57  During the current tax year, did you receive a "covered gift or bequest" (as defined in section 2801(e)) of more than $13,000
from a "covered expatriate" (as defined in section 877A(g)(1)) (see instructions)?  . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," complete and file Form 708, U.S. Return of Tax for Gifts and Bequests Received From Expatriates.

Form **3520** (2010)

USA_0200
6/13/18

01/29/2014  00:06                                                      #2098  P.010/012

Form 3520, Annual Return to Report Transactions with Foreign Trusts and Receipt of
Certain Foreign Gifts

Schedule (1)

| Date of Gift or Bequest | Description of Property Received | FMV of Property Received |
|---|---|---|
| 04/20/2010 | Cash | $ 6,000.00 |
| 07/08/2010 | Cash | $ 9,000.00 |
|  | Total from this Schedule: | $ 15,000.00 |

01/29/2014   10:56AM (GMT-06:00)

USA_0201
6/13/18

# PENALTY COMPUTATION WORKSHEET

| Account | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| Acct #1 NS&I Bonds (7712) | $31,177 | $29,449 | $25,220 | $39,164 | $30,313 | $32,663 | $31,813 |
| Acct #2 Investco Perpetual (1187) | $9,824 | $8,375 | $12,253 | $13,718 | $9,691 | $9,793 | $0 |
| Acct #3 Henderson Global Investors (6613) | $3,092 | $3,658 | $3,608 | $3,519 | $2,121 | $2,514 | $0 |
| Acct #4 Henderson Global Investors (2329) | $2,366 | $2,532 | $3,329 | $3,483 | $1,920 | $1,919 | $0 |
| Acct #5 Baillie Clifford (3389) | $15,594 | $18,157 | $24,206 | $33,208 | $22,026 | $19,560 | $0 |
| Acct #6 Halifax (7168) | $111,795 | $65,853 | $29,001 | $31,305 | $25,012 | $22,087 | $7,813 |
| Acct #7 Halifax (6541) | $0 | $45,146 | $51,025 | $53,943 | $39,994 | $0 | |
| Acct #8 Halifax (5288) | | $614 | $39,871 | $42,122 | $39,169 | $0 | |
| Acct #9 Halifax (6282) | | | | | | $81,173 | |
| Acct #10 HSBC (3099) | | | | | | $73,082 | $70,322 |
| Acct #11 HSBC (5957) | | | | | | | $18,037 |
| Acct #12 HSBC (6841) | | | | | | | $76,563 |
| Acct #13 HSBC (5930) | | | | | | | $76,563 |
| Acct #14 Northern Rock (4249) | | | | | | | $78,460 |
| Acct #15 Santander (1566) | | | | | | | $56,068 |
| Acct #16 HSBC (1743) | | | | | | | $7,087 |
| Highest Aggregate Balance | $172,840 | $163,784 | $198,513 | $220,462 | $161,268 | $242,781 | $498,289 |

**27.5% Offshore Penalty**

Highest Aggregate Balance in year:

Highest Aggregate Balance in USD is:

Multiply the highest aggregate balance by 27.5%

| | 2010 |
|---|---|
| | $498,289 |
| | 27.5% |

**Calculated Offshore Penalty:** $137,029

\* Adjust years as needed

\*\* For each year of your voluntary disclosure, provide the highest balance in the account (or fair market value of the asset)

Under the penalties of perjury, I declare that I examined the facts stated in this Penalty Computation Worksheet, including any accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

I am submitting this Penalty Computation Worksheet and any accompanying documents. Upon information and belief, the statements herein are true and correct.

Taxpayer's Signature(s) _____   Date 1-9-14

Representative's Signature _____   Date

EXHIBIT 38

USA_0202
6/13/18

**Palladino Lauren**

| | |
|---|---|
| **From:** | No Reply [mits.acioeops.eef.alerts@irs.gov] |
| **Sent:** | Wednesday, November 20, 2013 10:49 AM |
| **To:** | Palladino Lauren |
| **Subject:** | Fax: Tx 'ok' Report |

```
-------Fax Transmission Report-------

To: Anthony Parent at 203-269-0385
Subject of Fax:
Result: The transmission was successful.
Description: ok
Result Code:0000
Pages Sent: 005
Sent at: 11/20/13 09:47
Connect Time
Retry Count: 0
Remote CSI:
```

1

EXHIBIT

**39**

USA_0203
6/13/18

**Palladino Lauren**

| | |
|---|---|
| **From:** | Palladino Lauren |
| **Sent:** | Wednesday, November 20, 2013 10:47 AM |
| **To:** | 'Anthony Parent (Business Fax)' |
| **Attachments:** | Form 872-BO.pdf; fbar_consent BO.pdf |

Good Day Mr. Parent,

Please sign the Form 872 and FBAR consents enclosed and mail forms with original signatures (blue ink) to the following address by November 27, 2013:

Internal Revenue Service
9450 Koger Blvd
Suite 201, Stop 1607LP
St. Petersburg, FL 33702

Also, please submit a new Form 2848 since current one is no longer valid due to resignation of one representative.

*Lauren Palladino*
Internal Revenue Agent
QuickBooks Resource Person
Peachtree Area Resource Agent

SB/SE Exam South Atlantic Area
Tampa Territory- Group 1607
Phone: 727-568-2488
Fax: 877-791-7499

11/20/2013

USA_0204
6/13/18

| Form **872** (Rev. April 2012) | Department of the Treasury-Internal Revenue Service<br>**Consent to Extend the Time to Assess Tax** | In reply refer to:<br>TIN 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 |
|---|---|---|

Jane Boyd
_____

*(Name(s))*

taxpayer(s) of      Long Beach, CA      _____

*(Address)*

and the Commissioner of Internal Revenue consent and agree to the following:

(1) The amount of any Federal _____ Income _____ tax due on any return(s) made by or

*(Kind of tax)*

for the above taxpayer(s) for the period(s) ended   December 31, 2004; December 31, 2005; December 31, 2006 December 31, 2007; December 31, 2008; December 31, 2009; December 31, 2010; December 31, 2011

may be assessed at any time on or before _____ December 31, 2015__ _____ . If a provision

*(Expiration date)*

of the Internal Revenue Code suspends the running of the period of limitations to assess such tax, then, when, under the Internal Revenue Code, the running of the period resumes, the extended period to assess will include the number of days remaining in the extended period immediately before the suspension began.

(2) The taxpayer(s) may file a claim for credit or refund and the Service may credit or refund the tax within 6 months after this agreement ends, except with respect to the items in paragraph (4).

(3) Paragraph (4) applies only to any taxpayer who holds an interest, **either directly or indirectly**, in any partnership subject to subchapter C of chapter 63 of the Internal Revenue Code.

(4) Without otherwise limiting the applicability of this agreement, this agreement also extends the period of limitations for assessing any tax (including additions to tax and interest) attributable to any partnership items (see section 6231 (a)(3)), affected items (see section 6231(a)(5)), computational adjustments (see section 6231(a)(6)), and partnership items converted to nonpartnership items (see section 6231(b)). This agreement extends the period for filing a petition for adjustment under section 6228(b) but only if a timely request for administrative adjustment is filed under section 6227. For partnership items which have converted to nonpartnership items, this agreement extends the period for filing a suit for refund or credit under section 6532, but only if a timely claim for refund is filed for such items.

(5) This Form contains the entire terms of the Consent to Extend the Time to Assess Tax. There are no representations, promises, or agreements between the parties except those found or referenced on this Form.

With respect to the returns for the period(s) listed in paragraph (1) above, if the three-year period for assessing tax, under Internal Revenue Code section 6501(a), ended prior to the date of this consent, then this consent serves to extend the time to assess tax under any other provision of section 6501 for which the period of time to assess tax has not ended as of the date of this consent.

This consent does not serve to shorten the statutory period of time to assess tax for any return.

---

### Your Rights as a Taxpayer

You have the right to refuse to extend the period of limitations or limit this extension to a mutually agreed-upon issue(s) or mutually agreed-upon period of time. *Publication 1035, Extending the Tax Assessment Period*, provides a more detailed explanation of your rights and the consequences of the choices you may make. If you have not already received a Publication 1035, the publication can be obtained, free of charge, from the IRS official who requested that you sign this consent or from the IRS' web site at www.irs.gov or by calling toll free at 1-800-TAX-FORM (1-800-829-3676). Signing this consent will not deprive you of any appeal rights to which you would otherwise be entitled.

*(Signature instructions and space for signature are on the back of this form)*

USA_0205
6/13/18

| TIN 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 | Period Ending December 31, 2004; December 31, 2005; December 31, 2006 | December 31, 2007; December 31, 2008; December 31, 2009; December 31, 2010; I | Expiration Date December 31, 2015__ |

## SIGNING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

**YOUR SIGNATURE HERE** ▶ ............................................................ ...................
*(Date signed)*

............................................................
*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**SPOUSE'S SIGNATURE** ▶ ............................................................ ...................
*(Date signed)*

............................................................
*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).

**TAXPAYER'S REPRESENTATIVE SIGN HERE**
*(Only needed if signing on behalf of the taxpayer.)* ▶ ............................................................ ...................
*(Date signed)*

............................................................
*(Type or Print Name)*

I am aware that I have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501(c)(4)(B).  In addition, the taxpayer(s) has been made aware of these rights.

If this document is signed by a taxpayer's representative, the Form 2848, Power of Attorney and Declaration of Representative, or other power of attorney document must state that the acts authorized by the power of attorney include representation for the purposes of Subchapter C of Chapter 63 of the Internal Revenue Code in order to cover items in paragraph (4).

**CORPORATE NAME** ▶ ............................................................

............................................................

**CORPORATE OFFICER(S) SIGN HERE** ▶ ............................................................ ............................ ...................
*(Title)* *(Date signed)*

............................................................
*(Type or Print Name)*

▶ ............................................................ ............................ ...................
*(Title)* *(Date signed)*

............................................................
*(Type or Print Name)*

I (we) am aware that I (we) have the right to refuse to sign this consent or to limit the extension to mutually agreed-upon issues and/or period of time as set forth in I.R.C. § 6501 (c)(4)(B).

## INTERNAL REVENUE SERVICE SIGNATURE AND TITLE

............................................................ ............................................................
*(IRS Official's Name - see instructions)* *(IRS Official's Title - see instructions)*

............................................................ ...................
*(IRS Official's Signature - see instructions)* *(Date signed)*

## Instructions

If this consent is for:

- Income tax, self-employment tax, or FICA tax on tips and is made for any year (s) for which a joint return was filed, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

- Gift tax and the donor and the donor's spouse elected to have gifts to third persons considered as made one-half by each, both husband and wife must sign the original and copy of this form unless one, acting under a power of attorney, signs as agent for the other. The signatures must match the names as they appear on the front of this form.

- Chapter 41, 42, or 43 taxes involving a partnership or is for a partnership return, only one authorized partner need sign.

- Chapter 42 taxes, a separate Form 872 should be completed for each potential disqualified person, entity, or foundation manager that may be involved in a taxable transaction during the related tax year. See Revenue Ruling 75-391, 1975-2C.B 446.

If you are an attorney or agent of the taxpayer(s), you may sign the consent provided the action is specifically authorized by a power of attorney. If the power of attorney was not previously filed, you must include it with this form.

If you are acting as a fiduciary (such as executor, administrator, trustee, etc.) and you sign this consent, attach Form 56, Notice Concerning Fiduciary Relationship, unless it was previously filed.

If the taxpayer is a corporation, sign this consent with the corporate name followed by the signature and title of the officer(s) authorized to sign.

## Instructions for Internal Revenue Service Employees

Complete the delegated IRS official's name and title of the employee who is signing the form on behalf of the IRS.

An IRS official delegated authority under Delegation Order 25-2 must sign and date the consent. (IRM 1.2.52.3)

USA_0207
6/13/18

## CONSENT TO EXTEND THE TIME TO
## ASSESS CIVIL PENALTIES PROVIDED BY
## 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

WHEREAS, the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

WHEREAS, the parties to this agreement are aware that they have the right to refuse to sign this consent,

Jane Boyd (SSN:        6353)
_____,
(name and taxpayer identification number)

United States person, of_____ Long Beach, CA _____
(address)

_____

and the Commissioner of the Internal Revenue Service, hereby agree and  consent to the following:

(1) For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years December 31, 2004 thru December 31, 2011 _____ December 31, 2004 thru December 31, 2011 _____ that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before December 31, 2015.

(2) This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax. This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

This consent does not serve to shorten the statutory period of time to assess any penalty under 31 U.S.C. 5321.

Date                          Signature of the United States Person

_____              _____

Date                          Signature of Authorized Representative

_____              _____

Date                          Signature of the Commissioner's Delegate

_____              _____

                              _____
                              Title

USA_0208
6/13/18

# PARENT & PARENT LLP

### ATTORNEYS AT LAW
144 SOUTH MAIN STREET
WALLINGFORD, CONNECTICUT 06492
PHONE: (203) 269-6699
FACSIMILE: (203) 269-0385

January 8, 2014

Ms. Lauren Palladino
Internal Revenue Service
9450 Koger Boulevard North
Suite 201, Mail Stop 1607 LP
Saint Petersberg, FL 33702

Re: **Jane Boyd**

Dear Ms. Palladino:

Enclosed please find all supporting documents for our client, Jane Boyd. The responses are according to your telephone call to me on November 14, 2013.

1) Schedule B – Ms. Boyd's tax returns were prepared by her accountant. Copies of each Schedule B for years 2004-2011 are enclosed.
2) Source of funds – Summary of inheritance from client enclosed.
3) Revised penalty computation – Attachments are included detailing each transfer of funds.
4) Bank statements – Please find statements for each year by account in binder supporting all transfers.
5) Foreign Account or Asset Statements – Revisions have been made to FAAS statements to reflect accurate open/closed dates. Client's previous attorney had numerous errors on the original FAAS statements. The statements are now consistent with the FBARs which were prepared correctly by Ms. Boyd.

Please let me know if you require further information.

Sincerely,

Anthony E. Parent, Esq.

Enclosures

**EXHIBIT 40**

USA_0209
6/13/18

**Palladino Lauren**

**From:** Palladino Lauren
**Sent:** Wednesday, January 22, 2014 11:49 AM
**To:** 'Michelle Wynn (Business Fax)'

Good Day Michelle Wynn and/or Anthony Parent,

I received your package for Ms. Boyd and found some items are still missing. Your client's revised offshore penalty computation failed to include 2011 balances and based on the information provided your client was required to file a Form 3520 in 2010 to report the funds she received from her father's foreign estate.

Please provide the following documents to me by Wednesday, January 29, 2014:

1) A list of account transfers in 2011
2) Halifax account #7166 highest balance in 2011
3) 2010 Form 3520
4) Foreign Account and Asset statements for HSBC account #5666 and Halifax #2144

Thank you for your cooperation. If you have any questions or concerns, please feel free to contact me at the phone number listed below.

Regards,

*Lauren Palladino*

Internal Revenue Service
9450 Koger Blvd N.
Suite 201 Stop 1607LP
St. Petersburg, FL 33702
Phone: 727-568-2488
Fax: 877-791-7499

EXHIBIT
**41**

USA_0210
6/13/18

**Palladino Lauren**

| | |
|---|---|
| **From:** | No Reply [mits.acioeops.eef.alerts@irs.gov] |
| **Sent:** | Wednesday, January 22, 2014 11:50 AM |
| **To:** | Palladino Lauren |
| **Subject:** | Fax: Tx 'ok' Report |


-------Fax Transmission Report-------

To: Michelle Wynn at 203-269-0385
Subject of Fax:
Result: The transmission was successful.
Description: ok
Result Code:0000
Pages Sent: 002
Sent at: 01/22/14 11:49
Connect Time
Retry Count: 0
Remote CSI:

1

USA_0211
6/13/18

Palladino Lauren
_____

**From:**      Palladino Lauren
**Sent:**      Friday, August 23, 2013 2:03 PM
**To:**        'Mouris Behboud, Esq. (Business Fax)'
**Subject:**  Document Request-BO** case

Good Day Mr. Behboud,

In accordance with our conversation, please provide a corrected Form 872 Consent to Extend the Time to Assess Tax  and FBAR
consent form for your client Ms. Jane Boyd.  Both forms should show all eight years within the program (2004 thru 2011) and
extended the statute to December 31, 2015.  Please mail these documents to the address shown below by August 30, 2013.
Thank you for your cooperation.


Regards,

*Lauren Palladino*
Internal Revenue Agent

9450 Koger Blvd. N.
Suite 201, Stop 1607LP
St. Petersburg, FL 33702
Phone: 727-568-2488
Fax: 877-791-7499



8/23/2013

**EXHIBIT**
**42**

USA_0212
6/13/18

**Palladino Lauren**

| | |
|---|---|
| **From:** | No Reply [mits.acioeops.eef.alerts@irs.gov] |
| **Sent:** | Friday, August 23, 2013 2:04 PM |
| **To:** | Palladino Lauren |
| **Subject:** | Fax: Tx 'ok' Report |

```
-------Fax Transmission Report-------

To: Mouris Behboud, Esq. at 310-295-2105 Subject of Fax: Document Request-BO** case
Result: The transmission was successful.
Description: ok
Result Code:0000
Pages Sent: 001
Sent at: 08/23/13 14:02
Connect Time
Retry Count: 0
Remote CSI: +13102952105
```

1

USA_0213
6/13/18



**STRATEGIC TAX LAWYERS, LLP**
201 WILSHIRE BLVD.
SANTA MONICA, CA 90401
TEL: (310) 883-7979
FAX: (310) 295-2105
EMAIL: INFO@MYTAXATTORNEY.COM

Internal Revenue Service
LB&I-IIC Team 2128

OCT 2 9 2012

Received
OVDI

---

## Voluntary Disclosure Package of Information
## Submitted under FAQ 25

October 15, 2012



POSTMARK DATE   RECEIVED DATE
767     1 0 18 2012 .        1 0 2 4 2012    IRS-AUSC
AUSTIN, TEXAS

Internal Revenue Service
3651 S. IH 35, Stop 4301 AUSC
Austin, Texas 78741
Attn: 2012 Offshore Voluntary Disclosure Program

Re:   **Federal Income Tax Voluntary Disclosure**
       **Tax Years 2004-2011 for: Jane Boyd**

       **Name & SSN:**      **Jane Boyd**
                             6353

Dear Sir/Maddam:

The above-referenced taxpayers have submitted under separate cover letter the Voluntary Disclosure Letter to the Offshore Voluntary Disclosure Coordinator, Philadelphia as required by FAQ 24.

Under the OVDP, we, on behalf of the taxpayer, with this cover, are submitting as many as possible of the applicable items posted on the IRS website as "Submission Requirements" for

**EXHIBIT**
**43**

USA_0214
6/13/18

Strategic Tax Lawyers, LLP
October 15, 2012
Page 2

the Voluntary Disclosure Package.  For your reference, we list below the items, enclosed or omitted, numbered consistent with the Submission Requirements for the Package posted on the IRS website.

Jane Boyd is a U.S. citizen. The foreign bank accounts are from an inheritance.  Jane Boyd's mother passed away over 15 years ago, and her father passed away in 2009.  The following are the list of items which we have enclosed as required by FAQ 25:

**Item 1:**       **Original and Past Amended Returns (Forms 1040) for Years 2004-2011**

* A copy is enclosed herein

**Item 2:**       **Amended Returns (Form 1040X) for Years 2004-2011**

* A copy is enclosed herein

**Item 3:**       **Completed and Signed Offshore Voluntary Disclosures Letter**

* A copy is enclosed herein and has also been sent over to your

Philadelphia campus.

**Item 4:**       **Checks Payable to Internal Revenue Service**

* Two checks payable to the IRS in the amount of $7,220 for 2004

through 2010 and $357 for tax year 2011 have been sent to Stop

1919 as required by FAQ 25.

Strategic Tax Lawyers, LLP
October 15, 2012
Page 3

**Item 5:** **Completed Foreign Account or Asset Statements**

*This form is completed and enclosed herein.

**Item 6:** **Penalty Calculation Worksheet**

* This form is completed and enclosed herein.  Jane Boyd is eligible for a reduced 5% penalty under FAQ 52.  Accordingly, we have calculated for the 5% penalty under FAQ 52.

**Item 7:** **Consent to Extend Time to Assess Civil Penalties for FBAR and Form 872**

* This form is completed and enclosed herein.

**Item 8:** **Forms TD F 90-22.1 (FBARs) for Years 2004-2011**

* This form is completed and enclosed herein.

USA_0216
6/13/18

Strategic Tax Lawyers, LLP
October 15, 2012
Page 4

**Item 9:**      **Copies of Financial Account Statements for Years 2004-2011**

Available statements are attached herein.

**Item 10:**     **Form 2848**

\* This form is completed and attached to this letter

**Item 11:**  **\* Copies of two accounts are enclosed herein. Foreign Financial Institution Statements ( 1 of 1 )**

\* This form is not applicable.

**Item 12:**     **Statement Identifying Offshore Entities**

\* This form is not applicable.

**Item 13:**     **Statement on Dissolved Offshore Entities**

\* This form is not applicable.

**Item 14:**     **Estate and Gift Tax Returns**

\*This form is not applicable.

**Item 15:**     **Statements on PFIC Issues**

\* This form is not applicable.

Strategic Tax Lawyers, LLP
October 15, 2012
Page 5

\* \* \*

Under a power of attorney appointing Mouris Behboud, the undersigned, as Representative of
the Taxpayers with respect to tax years 2004 through 2011, submits the aforegoing information
and enclosed documents.  The undersigned does not personally know all of the information and
documents to be true and correct.

Yours truly,

**Strategic Tax Lawyers, LLP**
**Mouris Behboud, Esq.**
Taxpayer Representative
Daytime Phone: 310-883-7979
Daytime Fax: 310-295-2105
E-mail: mouris@mytaxattorney.com