# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JANE BOYD,<br><br>　　　　　Defendant. | Case No. CV 18-803-MWF (JEMx)<br><br>**JUDGMENT AGAINST DEFENDANT JANE BOYD** |

　　The above-titled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-titled Court, pursuant to Plaintiff United States of America's Motion for Summary Judgment (Docket No. 31) and Defendant Jane Boyd's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 (Docket No. 32).

　　All claims have now been resolved, as follows:  In an Order dated April 23, 2019, the Court granted summary judgment in favor of Plaintiff as to its claim to reduce to judgment a federal Foreign Bank and Financial Accounts ("FBAR")

penalty assessment against Defendant and denied Defendant's motion for summary judgment. (Docket No. 47).

Now, therefore, pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of **$49,185.53**, consisting of unpaid FBAR penalty assessments for the 2010 calendar year in the aggregate amount of $47,279.00, failure-to-pay penalties in the aggregate amount of $1,453.16, and statutory interest in the amount of $453.37. Additional penalties and interest will accrue as provided by law until such obligation is paid in full.

2. Plaintiff is awarded its costs as provided by law.

Dated: April 23, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge