UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

# CIVIL MINUTES – GENERAL

Case No.  **CV 18-803 MWF (JEMx)**  Date: May 20, 2021

Title  *United States of America v. Jane Boyd*

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER**

In light of the Ninth Circuit's Opinion, filed March 24, 2021, and Mandate, filed May 17, 2021 (Docket Nos. 55 and 56), the Court **ORDERS** the parties to meet and confer, and file a joint report as to how the case will proceed. The joint report shall be filed no later than **June 11, 2021**.

Initials of Preparer:  RS/sjm