TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2740
     Facsimile: (213) 894-0115
     E-mail: john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JANE BOYD,<br><br>       Defendant. | No. 2:18-cv-00803-MWF-JEM<br><br>Joint Report re Order (ECF 57)<br><br>Hon. Michael W. Fitzgerald |

      The United States of America (United States), on behalf of its agency the Internal Revenue Service, and Jane Boyd (Boyd) (collectively, the parties) respond to the Court's order dated May 20, 2021 (ECF 57) as follows:

      1.     On March 24, 2021, the United States Court of Appeals for the Ninth Circuit (Ninth Circuit) issued an opinion (ECF 55) reversing and remanding the Court's holding in this case.

      2.     The Ninth Circuit issued a mandate (ECF 56) relating to its opinion on May 17, 2021.

      3.     On May 20, 2021, counsel for Boyd and the United States conferred via telephone in accordance with the Court's order.

1       4.     On May 26, 2021, Boyd submitted a settlement offer for the United States'

2   consideration.

3       5.     The United States is reviewing Boyd's settlement offer.

4       6.     The United States is also evaluating whether to petition for a writ of

5   certiorari in response to the Ninth Circuit's ruling.

6       7.     The deadline to submit a petition for a writ of certiorari relating to the Ninth

7   Circuit's holding is August 23, 2021.

8       8.     The parties are optimistic that this case will be settled in the event the

9   United States does not petition for a writ of certiorari in this matter (or in the event such

10  a writ is filed but denied).

11      9.     Based on the foregoing, the parties respectfully request that the Court stay

12  further proceedings at this time and require the parties to submit a further joint report

13  suggesting how the case should proceed on or before September 15, 2021.

14  Dated: June 10, 2021             Respectfully submitted,

15                                TRACY L. WILKISON

16                                Acting United States Attorney
    THOMAS D. COKER

17                                Assistant United States Attorney
    Chief, Tax Division

18                                /s/ John D. Ellis

19                                JOHN D. ELLIS
    Assistant United States Attorney

20                                Attorneys for Plaintiff
    UNITED STATES OF AMERICA

21

22                                LAW OFFICES OF A. LAVAR TAYLOR
    LLP

23  Dated: June 10, 2021             /s/ A. Lavar Taylor

24                                A. LAVAR TAYLOR
    Attorney for Defendant JANE BOYD

25

26

27

28

1

**SIGNATURE ATTESTATION**

2
Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed

3
above, and on whose behalf this filing is submitted, concur in the filing's content and

4
have authorized the filing.

5

6
Dated: June 10, 2021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA