TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:18-cv-00803-MWF-JEM |
|---|---|
| Plaintiff, | |
| v. | Joint Report re Order (ECF 59) |
| JANE BOYD, | |
| Defendant. | Hon. Michael W. Fitzgerald |

    The United States of America (United States), on behalf of its agency the Internal Revenue Service (IRS), and Jane Boyd (Boyd) (collectively, the parties) respond to the Court's scheduling notice and order filed June 11, 2021 (ECF 59) as follows:

    1.    The deadline to submit a petition for certiorari in relation to the Ninth Circuit's holding expired on August 23, 2021.  Neither party submitted a petition for certiorari before that deadline expired.

    2.    The United States continues to review, in consultation with the IRS, the May 26, 2021, settlement offer submitted by Boyd.

    3.    The United States expects to accept or reject Boyd's settlement offer within thirty days from the filing of this status report.

1

1        4.     The parties will meet and confer as to appropriate next steps immediately after the United States has accepted or rejected Boyd's settlement offer.

       5.     Based on the foregoing, the parties respectfully request that the Court continue to stay proceedings in this matter and order the parties to submit another joint report suggesting how the case should proceed on or before October 22, 2021.

Dated: September 16, 2021        Respectfully submitted,

TRACY L. WILKISON  
Acting United States Attorney  
THOMAS D. COKER  
Assistant United States Attorney  
Chief, Tax Division

/s/ John D. Ellis  
JOHN D. ELLIS  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

LAW OFFICES OF A. LAVAR TAYLOR LLP

Dated: September 16, 2021        /s/ Jonathan T. Amitrano  
JONATHAN T. AMITRANO  
Attorney for Defendant JANE BOYD

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2021        Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

   /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA