1   TRACY L. WILKISON
    Acting United States Attorney
2   THOMAS D. COKER
    Assistant United States Attorney
3   Chief, Tax Division
    JOHN D. ELLIS (Cal. Bar No. 322922)
4   Assistant United States Attorney
          Federal Building, Suite 7211
5         300 North Los Angeles Street
          Los Angeles, California 90012
6         Telephone: (213) 894-2740
          Facsimile: (213) 894-0115
7         E-mail: john.ellis3@usdoj.gov

8   Attorneys for Plaintiff
    United States of America
9

10              UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                  WESTERN DIVISION

13  UNITED STATES OF AMERICA,          No. 2:18-cv-00803-MWF-JEM

14              Plaintiff,
                                       Joint Report re Order (ECF 61)
15              v.

16  JANE BOYD,

17              Defendant.             Hon. Michael W. Fitzgerald

18

19        The United States of America, on behalf of its agency the Internal Revenue

20  Service, and Jane Boyd respond to the Court's scheduling notice and order filed

21  September 17, 2021 (ECF 61) as follows:

22        1.    On October 13, 2021, the United States Attorney's Office recommended

23  that the United States Department of Justice, Tax Division, accept the May 26, 2021,

24  settlement offer submitted by Boyd.

25        2.    The Tax Division, which has ultimate settlement authority in this matter,

26  expects to review and act upon the USAO's settlement recommendation in the coming

27  weeks.

28

                                    1

1   3.   The parties will meet and confer as to appropriate next steps immediately

2   after the Tax Division has accepted or rejected Boyd's settlement offer.

3   4.   Based on the foregoing, the parties respectfully request that the Court stay

4   proceedings in this matter for an additional 30 days and order the parties to submit

5   another joint report suggesting how the case should proceed on or before November 22,

6   2021.

7   Dated: October 22, 2021                    Respectfully submitted,

8                                              TRACY L. WILKISON
                                               Acting United States Attorney
9                                              THOMAS D. COKER
                                               Assistant United States Attorney
10                                             Chief, Tax Division

11                                             /s/ John D. Ellis
                                               JOHN D. ELLIS
12                                             Assistant United States Attorney

13                                             Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA
14

15                                             LAW OFFICES OF A. LAVAR TAYLOR
                                               LLP
16  Dated: October 22, 2021                    /s/ A. Lavar Taylor
17                                             A. LAVAR TAYLOR
                                               Attorney for Defendant JANE BOYD
18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURE ATTESTATION**

2          Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed

3    above, and on whose behalf this filing is submitted, concur in the filing's content and

4    have authorized the filing.

5

6     Dated: October 22, 2021                    Respectfully submitted,

7                                                TRACY L. WILKISON
                                                 Acting United States Attorney
8                                                THOMAS D. COKER
                                                 Assistant United States Attorney
9                                                Chief, Tax Division

10                                                  /s/ John D. Ellis
                                                 JOHN D. ELLIS
11                                               Assistant United States Attorney

12                                               Attorneys for Plaintiff
                                                 UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28