Case 2:18-cv-00803-MWF-JEM   Document 64   Filed 11/22/21   Page 1 of 3   Page ID #:830

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2740
        Facsimile: (213) 894-0115
        E-mail: john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JANE BOYD, <br><br> Defendant. | No. 2:18-cv-00803-MWF-JEM <br><br> Notice of Settlement <br><br><br> Hon. Michael W. Fitzgerald |

**NOTICE OF SETTLEMENT**

On November 19, 2021, plaintiff United States of America accepted a settlement offer submitted by defendant Jane Boyd.

//

//

//

1

The parties request 30 days to prepare and file the necessary documents to memorialize the settlement and close this case.

Dated: November 19, 2021          Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LAW OFFICES OF A. LAVAR TAYLOR LLP

Dated: November 19, 2021          /s/ A. Lavar Taylor
A. LAVAR TAYLOR
Attorney for Defendant JANE BOYD

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 19, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States
Attorney Chief, Tax Division

　　/s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA