UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 18-803-MWF(JEMx)**                           Dated: **December 1, 2021**

Title:        United States of America -*v*- Jane Boyd

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

> Rita Sanchez                                    None Present
> Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

> None Present                                    None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

     In light of the Notice of Settlement [64] filed November 22, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for January 10, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   __rs__
CIVIL - GEN

-1-