TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov
Attorneys for the
United States of America

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JANE BOYD,<br><br>    Defendant. | No. CV 18-803-MWF (JEMx)<br><br>ORDER GRANTING STIPULATION TO DISMISS CASE BY REASON OF SETTLEMENT |

The Court, having read and considered the parties' Stipulation to Dismiss Case By Reason of Settlement (Stipulation, ECF No. 66), ORDERS that:

1. The Stipulation is in all respects APPROVED;
2. This case is DISMISSED without prejudice;
3. All pending scheduling dates, including the hearing on Order to Show Cause Re Dismissal calendared for January 10, 2022, are VACATED;
4. The judgment entered April 23, 2019, is VACATED;
5. Each party shall bear its own costs and attorney's fees; and

//
//
//

6. The Court shall retain jurisdiction over this case in order to enforce the terms of the parties' settlement.

**IT IS SO ORDERED.**

Dated: December 20, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE